AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DMITRY BORODAENKO, on behalf of himself and all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> TWITTER, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:22-cv-07226 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Twitter, Inc.
C T Corporation System, Registered Agent
330 N. Brand Blvd. Ste #700
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shannon Liss-Riordan
Thomas Fowler
Lichten & Liss-Riordan, P.C.
729 Boylston St. Suite 2000
Boston, MA 02116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/17/22

*Signature of Clerk or Deputy Clerk*  Felicia Brown

| Attorney or Party without Attorney:<br>SHANNON LISS-RIORDAN (SBN 310719)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street Suite 2000<br>Boston, MA 02116<br>   Telephone No: 617-994-5800<br>   Attorney For: Plaintiff | Ref. No. or File No.:<br>TWITTER-BORODAENKO | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ||||
| Plaintiff: DMITRY BORODAENKO, on behalf of himself and all others similarly situated<br>Defendant: TWITTER, INC. |||
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>3:22-CV-07226 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU

3. a. Party served:    Twitter, Inc.
   b. Person served:   JESSIE GASTELUM, INTAKE SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   330 N Brand Blvd Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Nov 21 2022 (2) at: 12:50 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)                d. **The Fee** for Service was: 54.26
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

11/21/2022
(Date)                                                                                    (Signature)



PROOF OF SERVICE

7986516
(7944355)