1    SHANNON LISS-RIORDAN (SBN 310719)          ERIC MECKLEY (SBN 168181)
     (sliss@llrlaw.com)                          (eric.meckley@morganlewis.com)
2    THOMAS FOWLER (*pro hac vice* forthcoming)  BRIAN D. BERRY (SBN 229893)
     (tfowler@llrlaw.com)                        (brian.berry@morganlewis.com)
3                                                ASHLEE N. CHERRY (SBN 312731)
                                                 (aslee.cherry@morganlewis.cm)
4

5    LICHTEN & LISS-RIORDAN, P.C.                MORGAN, LEWIS, & BOCKIUS, LLP
6    729 Boylston Street, Suite 2000             One Market, Spear Street Tower
     Boston, MA 02116                            San Francisco, CA 94105
7    Telephone:    (617) 994-5800                Telephone:   (415) 442-1000
     Facsimile:    (617) 994-5801                Fax:         (415) 442-1001
8

9    *Attorneys for Plaintiffs Dmitry            Attorneys for Defendant Twitter, Inc.*
     *Borodaenko and Abhijit Mehta,*
10   *on behalf of themselves and all others*
     *similarly situated*
11

12                  **UNITED STATES DISTRICT COURT**

13                 **NORTHERN DISTRICT OF CALIFORNIA**

14                        **OAKLAND DIVISION**

15

16   DMITRY BORODAENKO AND ABHIJIT          Case No. 4:22-cv-7226 HSG
     MEHTA, on behalf of themselves and all others
17   similarly situated,                    **STIPULATION AND [PROPOSED]**
                                            **ORDER REGARDING BRIEFING**
18   ,                                      **SCHEDULES FOR TWITTER'S MOTION**
                                            **TO COMPEL ARBITRATION AND**
19                  Plaintiffs,             **MOTION TO DISMISS AND/OR STRIKE**

20          v.

21   TWITTER, INC.

22
                    Defendant.
23

24

25

26

27

28

On December 21, 2022, Defendant Twitter, Inc. ("Twitter") filed a Motion to Compel Plaintiff Abhijit Mehta to Arbitration (Dkt. 14) and a Motion to Dismiss and/or Strike Portions of Plaintiffs' First Amended Complaint (Dkt. 15). Currently, Plaintiffs' oppositions to both motions are due on January 4, 2023, and Twitter's replies are due on January 11, 2023. The motions are set for hearing on April 20, 2023. The Parties hereby stipulate to the following amended briefing schedule:

- Plaintiffs' oppositions to Twitter's motions shall be submitted on or before January 20, 2023.
- Twitter's replies to Plaintiffs' oppositions shall be submitted on or before February 7, 2023.

The requested change in the briefing schedule will not impact the current hearing date of April 20, 2023, at 2:00 PM PST, which shall remain in place.

Respectfully submitted,

DMITRY BORODAENKO and ABHIJIT MEHTA, on behalf of themselves and all others similarly situated,

By their attorneys,

  _/s/ Shannon Liss-Riordan_____
Shannon Liss-Riordan, SBN 310719
Thomas Fowler (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; tfowler@llrlaw.com

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULES FOR TWITTER'S
MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS AND/OR STRIKE

1

*Attorneys for Plaintiffs*

2

3    TWITTER, INC.,

4    By its attorneys,

5    /s/ Eric Meckley

6    Eric Meckley, SBN 168181
     Brian D. Berry, SBN 229893
7    Ashlee N. Cherry, SBN 312731
     MORGAN, LEWIS, & BOCKIUS, LLP
8    One Market, Spear Street Tower
     San Francisco, CA 94105
9    (415) 442-1000
10   Email: eric.meckley@morganlewis.com;
     brian.berry@morganlewis.com
11   *Attorneys for Defendant Twitter, Inc.*

12

13

14   Dated:        December 23, 2022

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    3
        STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULES FOR TWITTER'S
           MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS AND/OR STRIKE

1

**CERTIFICATE OF SERVICE**

2

     I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document

3

was served on counsel for Defendant Twitter, Inc. via the CM/ECF system on December 23,

4

2022.

5

6

                      /s/ Shannon Liss-Riordan
                      Shannon Liss-Riordan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULES FOR TWITTER'S
MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS AND/OR STRIKE

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders the following briefing schedule on Defendant's motion to compel arbitration and motion to dismiss and/or strike:

- Plaintiffs' oppositions to Twitter's motions shall be submitted on or before January 20, 2023.
- Twitter's replies to Plaintiffs' oppositions shall be submitted on or before February 7, 2023.

The hearing date on Defendant's motions shall remain April 20, 2023, at 2:00 PM PST.

Dated: _____     _____

Hon. Haywood S. Gilliam
District Court Judge

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULES FOR TWITTER'S
MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS AND/OR STRIKE