| | |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719) (sliss@llrlaw.com) THOMAS FOWLER (*pro hac vice* forthcoming) (tfowler@llrlaw.com) | ERIC MECKLEY (SBN 168181) (eric.meckley@morganlewis.com) BRIAN D. BERRY (SBN 229893) (brian.berry@morganlewis.com) ASHLEE N. CHERRY (SBN 312731) (aslee.cherry@morganlewis.cm) |
| LICHTEN & LISS-RIORDAN, P.C. 729 Boylston Street, Suite 2000 Boston, MA 02116 Telephone:   (617) 994-5800 Facsimile:   (617) 994-5801 | MORGAN, LEWIS, & BOCKIUS, LLP One Market, Spear Street Tower San Francisco, CA 94105 Telephone:   (415) 442-1000 Fax:   (415) 442-1001 |
| *Attorneys for Plaintiffs Dmitry Borodaenko and Abhijit Mehta, on behalf of themselves and all others similarly situated* | *Attorneys for Defendant Twitter, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DMITRY BORODAENKO AND ABHIJIT MEHTA, on behalf of themselves and all others similarly situated, ,<br><br>            Plaintiffs,<br><br>     v.<br><br>TWITTER, INC.<br><br>            Defendant. | Case No. 4:22-cv-7226 HSG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULES FOR TWITTER'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS AND/OR STRIKE** |

1
STIPULATION AND ORDER REGARDING BRIEFING SCHEDULES FOR TWITTER'S MOTION TO
COMPEL ARBITRATION AND MOTION TO DISMISS AND/OR STRIKE

On December 21, 2022, Defendant Twitter, Inc. ("Twitter") filed a Motion to Compel Plaintiff Abhijit Mehta to Arbitration (Dkt. 14) and a Motion to Dismiss and/or Strike Portions of Plaintiffs' First Amended Complaint (Dkt. 15). Currently, Plaintiffs' oppositions to both motions are due on January 4, 2023, and Twitter's replies are due on January 11, 2023. The motions are set for hearing on April 20, 2023. The Parties hereby stipulate to the following amended briefing schedule:

- Plaintiffs' oppositions to Twitter's motions shall be submitted on or before January 20, 2023.
- Twitter's replies to Plaintiffs' oppositions shall be submitted on or before February 7, 2023.

The requested change in the briefing schedule will not impact the current hearing date of April 20, 2023, at 2:00 PM PST, which shall remain in place.

Respectfully submitted,

DMITRY BORODAENKO and ABHIJIT MEHTA, on behalf of themselves and all others similarly situated,

By their attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Thomas Fowler (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; tfowler@llrlaw.com

*Attorneys for Plaintiffs*

TWITTER, INC.,

By its attorneys,

/s/ Eric Meckley
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Ashlee N. Cherry, SBN 312731
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Email: eric.meckley@morganlewis.com;
brian.berry@morganlewis.com
*Attorneys for Defendant Twitter, Inc.*

Dated: December 23, 2022

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendant Twitter, Inc. via the CM/ECF system on December 23, 2022.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

**ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders the following briefing schedule on Defendant's motion to compel arbitration and motion to dismiss and/or strike:

- Plaintiffs' oppositions to Twitter's motions shall be submitted on or before January 20, 2023.
- Twitter's replies to Plaintiffs' oppositions shall be submitted on or before February 7, 2023.

The hearing date on Defendant's motions shall remain April 20, 2023, at 2:00 PM PST.

Dated: 12/27/2022

Hon. Haywood S. Gilliam, Jr.
District Court Judge