1  SHANNON LISS-RIORDAN (SBN 310719)
   (sliss@llrlaw.com)
2  THOMAS FOWLER (*pro hac vice* forthcoming)
   (tfowler@llrlaw.com)
3  LICHTEN & LISS-RIORDAN, P.C.
4  729 Boylston Street, Suite 2000
   Boston, MA 02116
5  Telephone:     (617) 994-5800
6  Facsimile:     (617) 994-5801

7  *Attorneys for Plaintiffs Dmitry Borodaenko*
   *and Abhijit Mehta, on behalf of themselves*
8  *and all others similarly situated*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DMITRY BORODAENKO and ABHIJIT MEHTA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 4:22-cv-07226-HSG<br><br>**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO TWITTER'S MOTION TO COMPEL PLAINTIFF ABHIJIT MEHTA TO ARBITRATION**<br><br>Date:     April 20, 2023<br>Time:    2:00 PM, PST<br>Judge:   Hon. Haywood S. Gilliam, Jr. |

On December 21, 2022, Twitter moved to compel Plaintiff Ahibijit Mehta's claims to arbitration. Given that Plaintiff Mehta did not opt out of Twitter's arbitration agreement, and in light of the order in Cornet v. Twitter, Inc., 2023 WL 187498, at *2-3 (N.D. Cal. Jan. 13, 2023), compelling arbitration, Plaintiffs do not oppose Twitter's motion to compel Plaintiff Mehta's claims to arbitration.[1]  Plaintiffs recognize that Mehta's claims in this case will be stayed, while he attempts to pursue his claims in arbitration.

Respectfully submitted,

DMITRY BORODAENKO AND ABHIJIT MEHTA, on behalf of themselves and all others similarly situated,

By their attorneys,


 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Thomas Fowler (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; tfowler@llrlaw.com

*Attorneys for Plaintiffs*

Dated:            January 20, 2023

---

[1]     Plaintiff Borodaenko is not bound by Twitter's arbitration agreement, as he opted out of the agreement.
         As discussed in Plaintiffs' Opposition to Twitter's Motion to Dismiss and/or Strike Portions of Plaintiffs' First Amended Complaint (Dkt. 21), Plaintiffs request that the Court allow them to substitute in a new named plaintiff who is not bound by an arbitration clause and may represent the putative class on the family and medical leave claims that had been asserted by Plaintiff Mehta under the FMLA and CFRA.

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendant Twitter, Inc. via the CM/ECF system on January 20, 2023.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan