# Exhibit A

# TRANSACTION REPORT

NOV/18/2022/FRI 06:14 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|---|---|---|---|---|---|---|---|
| 001 | NOV/18 | 06:13AM | 4155223415 | 0:00:56 | 4 | MEMORY | OK | SG3 3455 |

# LICHTEN & LISS-RIORDAN, P.C.

HAROLD L. LICHTEN*
SHANNON LISS-RIORDAN*▲◊
SARAH SCHALMAN-BERGEN*
MATTHEW W. THOMSON*
ADELAIDE H. PAGANO*
THOMAS P. FOWLER*◊

OLENA SAVYTSKA*
MICHELLE CASSORLA*^✣
ZACHARY RUBIN*◊^■
MATTHEW PATTON*
KRYSTEN CONNON^■
MATTHEW CARRIERI*
BENJAMIN J. WEBER*□ OF COUNSEL

ATTORNEYS AT LAW

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

* ADMITTED IN MASSACHUSETTS
▲ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
■ ADMITTED IN PENNSYLVANIA
^ ADMITTED IN NEW JERSEY
+ ADMITTED IN CONNECTICUT
✣ ADMITTED IN DISTRICT OF COLUMBIA
□ ADMITTED IN TENNESSEE

Fax Number:
415-522-3415

Telephone Number:
800-669-4000

To: Roberta Steele, Regional Attorney

Company: EEOC San Francisco District Office

From: Shannon Liss-Riordan

Date: November 17, 2022     Total Pages Including Cover Sheet: 4

[X] URGENT   [ ] FOR REVIEW   [ ] PLEASE COMMENT   [ ] PLEASE REPLY

The document transmitted by this facsimile message may contain confidential and/or privileged information, which is intended only for the use of the addressee named above. If you are not such addressee, any disclosure, photocopying, distribution, or use of such documents or information is prohibited. If you have received this facsimile message in error, please immediately notify us by telephone so that we can arrange to retrieve such documents. Thank you for your attention to this matter.

If copy is illegible or incomplete, please call (617) 994-5800 for assistance.

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented to:    Agency(ies) Charge No(s):

_X_ FEPA
_X_ EEOC

California Department of Fair Employment and Housing and EEOC
*State or local Agency, if any*

| Field | Value |
|---|---|
| Name (indicate Mr. Ms. Mrs.) | Mr. Dmitry Borodaenko |
| Home Phone (Incl. Area Code) | 617-994-5800 |
| Date of Birth | |
| Street Address | [redacted] |
| City, State and ZIP Code | c/o Shannon Liss-Riordan, Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Twitter, Inc. | More than 5,000 | 866-924-2008 |
| Street Address | City, State and ZIP Code | |
| 1355 Market Street, San Francisco, CA 94103 | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

__ RACE  __ COLOR  __ SEX  __ RELIGION  __ NATIONAL ORIGIN

__ RETALIATION  __ AGE  _X_ DISABILITY  __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest    Latest
November 15, 2022

_X_ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

Following a recent acquisition by Elon Musk, Twitter is now requiring all employees to return to working in physical offices, with exceptions to this new rule made only for "exceptional people". As a cancer survivor, I have a disability and am at increased risk from Covid-19, which makes returning to the physical office particularly dangerous for me. After this policy change was announced, I messaged my manager to remind them of my disabled status and need for accommodation. However, following this request, I was terminated effective immediately on November 15, 2022. I believe that my termination was a result of my disabled status and request and need for reasonable accommodation and that Twitter is engaging in disability discrimination against my former fellow colleagues who also need to work remotely as a reasonable accommodation. In addition, Twitter's new owner Elon Musk has dramatically increased workloads on employees. Between his acquisition of the company and my termination, the number of employees I oversaw increased substantially. Musk has also implemented unreasonable increased workload requirements and expectations on employees that are deterring disabled employees from staying at the company and thus forcing their terminations and resignations. I hereby assert a claim of disability discrimination against Twitter under the Americans With Disabilities Act (ADA) for disabled Twitter employees across the country, and under the California Fair Employment and Housing Act (FEHA) for disabled Twitter employees in California.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
|---|---|
| 11/17/2022<br>Date             *Dmitry Borodnenko*<br>Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |