| | |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719) (sliss@llrlaw.com) THOMAS FOWLER (*pro hac vice* forthcoming) (tfowler@llrlaw.com) | ERIC MECKLEY (SBN 168181) (eric.meckley@morganlewis.com) BRIAN D. BERRY (SBN 229893) (brian.berry@morganlewis.com) ASHLEE N. CHERRY (SBN 312731) |
| LICHTEN & LISS-RIORDAN, P.C. 729 Boylston Street, Suite 2000 Boston, MA 02116 Telephone:   (617) 994-5800 Facsimile:   (617) 994-5801 | MORGAN, LEWIS, & BOCKIUS, LLP One Market, Spear Street Tower San Francisco, CA 94105 Telephone:   (415) 442-1000 Fax:           (415) 442-1001 |
| *Attorneys for Plaintiffs Dmitry Borodaenko and Abhijit Mehta, on behalf of themselves and all others similarly situated* | *Attorneys for Defendant Twitter, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DMITRY BORODAENKO AND ABHIJIT MEHTA, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>              v.<br><br>TWITTER, INC.<br><br>                              Defendant. | Case No. 4:22-cv-7226 HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND HEARING ON TWITTER'S MOTION TO DISMISS AND/OR STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Pursuant to Local Rule 6-1(b), Plaintiffs Dmitry Borodaenko and Abhijit Mehta ("Plaintiffs") and Defendant Twitter, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, there is currently a case management conference set to take place on April 20, 2023, at 2:00 p.m.

WHEREAS, the hearing on Twitter's Motion to Compel Plaintiff Abhijit Mehta to Arbitration (Dkt. 14) ("Motion to Compel") and Motion to Dismiss and/or Strike Portions of Plaintiffs' First Amended Complaint (Dkt. 15) ("Motion to Dismiss") is likewise set to take place on April 20, 2023, at 2:00 p.m.

WHEREAS, Plaintiffs' lead counsel has a scheduling conflict on the April 20 date.

WHEREAS, the Parties have conferred t and reached agreement to request that the case management conference and hearing on Twitter's Motion to Compel and Motion to Dismiss be rescheduled to a later date to accommodate Plaintiffs counsel's schedule.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

The case management conference and hearing on Twitter's Motion to Compel and Motion to Dismiss is hereby rescheduled to take place on May 4, 2023, or any later date convenient for the Court.

The Parties' joint case management statement shall be due on one week in advance of the rescheduled case management conference date.

Dated: March 31, 2023          Respectfully submitted,

DMITRY BORODAENKO and ABHIJIT MEHTA, on behalf of themselves and all others similarly situated,

By their attorneys,


 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Thomas Fowler (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com; tfowler@llrlaw.com

*Attorneys for Plaintiffs*


TWITTER, INC.,

By its attorneys,

/s/ Eric Meckley
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Ashlee N. Cherry, SBN 312731
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Email: eric.meckley@morganlewis.com;
brian.berry@morganlewis.com
*Attorneys for Defendant Twitter, Inc.*

3
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND HEARING ON TWITTER'S MOTION TO DISMISS AND/OR STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendant Twitter, Inc. via the CM/ECF system on March 31, 2023.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

4
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND HEARING ON TWITTER'S MOTION TO DISMISS AND/OR STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that the case management conference and hearing on Twitter's Motion to Compel Plaintiff Abhijit Mehta to Arbitration (Dkt. 14) and Motion to Dismiss and/or Strike Portions of Plaintiffs' First Amended Complaint (Dkt. 15) currently scheduled to take place on April 20, 2023, at 2:00 pm are rescheduled to take place on _____, at 2:00 p.m.  The Parties' joint case management statement shall be due one week in advance of the case management conference date.

Dated: _____                    _____
                                                  Hon. Haywood S. Gilliam, Jr.
                                                  District Court Judge