# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORODAENKO and MEHTA,<br><br>Plaintiff(s)<br><br>v.<br><br>TWITTER, INC. ,<br><br>Defendant(s) | Case No. C  4:22-cv-07226-HSG<br><br>REQUEST FOR ADR PHONE CONFERENCE |

Counsel hereby request an ADR Phone Conference with a member of the legal staff of the ADR Program.

Date of Case Management Conference: __May 4, 2023_____.

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Eric Meckley<br>Defendant Twitter, Inc. | (415)-442-1013<br>eric.meckley@morganlewis.com |
| Shannon Liss-Riordan<br>Plaintiffs Borodaenko and Mehta | (617) 994-5800<br>sliss@llrlaw.com |
| | |
| | |

ADR Local Rule 3-6(a) requires that lead trial counsel participate in the ADR Phone Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Date: 4/21/2023           Signed: /s/ Shannon Liss-Riordan
                                          Attorney for Plaintiff

Date: 4/21/2023           Signed: /s/ Eric Meckley
                                          Attorney for Defendant

*Important!*  E-file this form in ECF using event name: "Request for ADR Phone Conference."

Form ADR-TC rev. 5-1-2018