1  MORGAN, LEWIS & BOCKIUS LLP
   Eric Meckley, Bar No. 168181
2  eric.meckley@morganlewis.com
   Brian D. Berry, Bar No. 229893
3  brian.berry@morganlewis.com
   Kassia Stephenson, Bar No. 336175
4  kassia.stephenson@morganlewis.com
   One Market, Spear Street Tower
5  San Francisco, CA  94105-1596
   Tel:     +1.415.442.1000
6  Fax:    +1.415.442.1001

7  MORGAN, LEWIS & BOCKIUS LLP
   Ashlee N. Cherry, Bar No. 312731
8  ashlee.cherry@morganlewis.com
   1400 Page Mill Road
9  Palo Alto, CA  94304
   Tel:     +1.650.843.4000
10 Fax:    +1.650.843.4001

11 Attorneys for Defendant
   TWITTER, INC. and X CORP.
12
   [*additional counsel on next page*]
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DMITRY BORODAENKO and HANA THIER, on behalf of themselves and all others similarly situated, <br><br>        Plaintiffs, <br><br>    vs. <br><br>TWITTER, INC. and X CORP., <br><br>        Defendants. | Case No. 3:22-cv-07226-AMO <br><br>Assigned to: Hon. Araceli Martínez-Olguín <br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT; [PROPOSED] ORDER** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO SAC; [PROPOSED]
ORDER
CASE NO. 3:22-CV-07226-AMO

1
2  SHANNON LISS-RIORDAN (SBN 310719)
   (sliss@llrlaw.com)
3  THOMAS FOWLER (*pro hac vice* forthcoming)
   (tfowler@llrlaw.com)
4  LICHTEN & LISS-RIORDAN, P.C.
   729 Boylston Street, Suite 2000
5  Boston, MA 02116
   Telephone:   (617) 994-5800
   Facsimile:    (617) 994-5801
6
7  Attorneys for Plaintiffs
   DMITRY BORODAENKO and HANA THIER,
8  on behalf of themselves and all others similarly situated
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO SAC; [PROPOSED]
ORDER
CASE NO. 3:22-CV-07226-AMO

1  Pursuant to Local Rule 6-1(a), Plaintiffs Dmitry Borodaenko and Hana Thier ("Plaintiffs")
2  and Defendants Twitter, Inc. and X Corp. ("Defendant") (collectively, the "Parties"), by and
3  through their undersigned counsel, hereby stipulate as follows:
4  WHEREAS, on May 26, 2023, Plaintiffs filed and served a Second Amended Complaint
5  ("SAC") (ECF No. 42), and Defendants' current deadline to respond to the SAC under Federal
6  Rule of Civil Procedure 15(a)(3) is June 9, 2023;
7  WHEREAS, the Parties have met and conferred and agreed to extend Defendants'
8  deadline to respond to the SAC by seven days, to June 16, 2023;
9  WHEREAS, this extension will not alter the date of any event or any deadline already
10 fixed by Court order.
11 NOW, THEREFORE, the Parties stipulate that Defendants' deadline to respond to the
12 SAC will be June 16, 2023.
13 IT IS SO STIPULATED.

Dated: May 31, 2023                     MORGAN, LEWIS & BOCKIUS LLP

                                        By   /s/ Eric Meckley
                                             Eric Meckley
                                             Brian D. Berry
                                             Ashlee N. Cherry
                                             Kassia Stephenson
                                             Attorneys for Defendants
                                             TWITTER, INC. and X CORP.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO SAC; [PROPOSED]
ORDER
CASE NO. 3:22-CV-07226-AMO

Dated: May 31, 2023                                   LICHTEN & LISS-RIORDAN, P.C.

                                                By     */s/ Shannon Liss-Riordan*
                                                       Shannon Liss-Riordan
                                                       Thomas Fowler
                                                       Attorneys for Plaintiffs
                                                       DMITRY BORODAENKO AND HANA
                                                       THIER, on behalf of themselves and all
                                                       others similarly situated

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: May 31, 2023                                   MORGAN, LEWIS & BOCKIUS LLP

                                                By     */s/ Eric Meckley*
                                                       Eric Meckley
                                                       Brian D. Berry
                                                       Ashlee N. Cherry
                                                       Kassia Stephenson
                                                       Attorneys for Defendants
                                                       TWITTER, INC. and X CORP.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO SAC; [PROPOSED]
ORDER
CASE NO. 3:22-CV-07226-AMO

# ~~[PROPOSED]~~ ORDER

Having considered the Parties' Stipulation to Extend Deadline to Respond to Second Amended Complaint, and good cause appearing, it is hereby ORDERED that:

Defendants Twitter Inc. and X. Corp's time to respond to Plaintiffs Dmitry Borodaenko and Hana Thier's Second Amended Complaint shall be extended through and including June 16, 2023.

**IT IS SO ORDERED**.

Dated: May 31, 2023

Hon. Araceli Martínez-Olguín
United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Silicon Valley

5

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO SAC; ~~[PROPOSED]~~
ORDER
CASE NO. 3:22-CV-07226-AMO