MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:      +1.415.442.1000
Fax:     +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:      +1.650.843.4000
Fax:     +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN INTEREST TO
TWITTER, INC.

[*Additional counsel on next page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DMITRY BORODAENKO and HANA THIER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:22-cv-07226-AMO<br><br>Assigned to: Hon. Araceli Martinez-Olguin<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S OPPOSITION DEADLINE TO PLAINTIFFS' MOTION TO CONSOLIDATE CASES** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 46525652.1

STIPULATION TO EXTEND
DEFENDANT'S OPPOSITION DEADLINE;
[PROPOSED] ORDER
CASE NO. 3:22-CV-07226-AMO

| | |
|---|---|
| 1 | SHANNON LISS-RIORDAN (SBN 310719) |
| | (sliss@llrlaw.com) |
| 2 | THOMAS FOWLER (*pro hac vice* forthcoming) |
| | (tfowler@llrlaw.com) |
| 3 | LICHTEN & LISS-RIORDAN, P.C. |
| | 729 Boylston Street, Suite 2000 |
| 4 | Boston, MA 02116 |
| | Telephone:   (617) 994-5800 |
| 5 | Facsimile:    (617) 994-5801 |
| 6 | Attorneys for Plaintiffs |
| | DMITRY BORODAENKO and HANA THIER, |
| 7 | on behalf of themselves and all others similarly situated |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 46525652.1

2

STIPULATION TO EXTEND
DEFENDANT'S OPPOSITION DEADLINE;
[PROPOSED] ORDER
CASE NO. 3:22-CV-07226-AMO

      Pursuant to Local Rule 6-2, Plaintiffs Dmitry Borodaenko and Hana Thier ("Plaintiffs") and Defendant X Corp. as successor in interest to Defendant Twitter, Inc. ("Defendant" or "Twitter") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

      WHEREAS, on August 11, 2023, Plaintiffs filed a combined Administrative Motion to Relate Cases and Motion to Consolidate Cases (ECF No. 57);

      WHEREAS, on August 15, 2023, this Court issued an Order denying Plaintiffs' previously filed Motion to Consolidate Cases, which Plaintiffs had filed on June 6, 2023 (ECF Nos. 46, 58);

      WHEREAS, on August 15, 2023 and pursuant to Civil Local Rule 7-11(b), Defendant filed its Opposition to Plaintiffs' Administrative Motion to Relate Cases;

      WHEREAS, pursuant to Civil Local Rule 7-3(a), Defendant's deadline to file its Opposition to Plaintiffs' Motion to Consolidate Cases is currently August 25, 2023;

      WHEREAS, the Parties have met and conferred and agreed to extend Defendant's deadline to file its Opposition to Plaintiffs' Motion to Consolidate Cases by seven days, to September 1, 2023;

      WHEREAS, other than extending Plaintiffs' Reply deadline to September 8, 2023 pursuant to Civil Local Rule 7-3(c), this extension will not alter the date of any event or any deadline already fixed by Court order.

      NOW, THEREFORE, the Parties stipulate that Defendant's deadline to file its Opposition to Plaintiffs' Motion to Consolidate Cases should be extended to September 1, 2023. Plaintiffs' deadline for reply shall be September 8, 2023.

IT IS SO STIPULATED.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 46525652.1

3

STIPULATION TO EXTEND
DEFENDANT'S OPPOSITION DEADLINE;
[PROPOSED] ORDER
CASE NO. 3:22-CV-07226-AMO

| | |
|---|---|
| Dated: August 21, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| | By  */s/ Eric Meckley* |
| | Eric Meckley |
| | Brian D. Berry |
| | Ashlee N. Cherry |
| | Kassia Stephenson |
| | Attorneys for Defendants |
| | TWITTER, INC. and X CORP. |
| | |
| Dated: August 21, 2023 | LICHTEN & LISS-RIORDAN, P.C. |
| | By  */s/ Shannon Liss-Riordan* |
| | Shannon Liss-Riordan |
| | Thomas Fowler |
| | Attorneys for Plaintiffs |
| | DMITRY BORODAENKO AND HANA THIER, on behalf of themselves and all others similarly situated |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

| | |
|---|---|
| Dated: August 21, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| | By  */s/ Eric Meckley* |
| | Eric Meckley |
| | Brian D. Berry |
| | Ashlee N. Cherry |
| | Kassia Stephenson |
| | Attorneys for Defendant |
| | TWITTER, INC. and X CORP. |

## [PROPOSED] ORDER

Having considered the Parties' Stipulation to Extend Defendant's Opposition Deadline to Plaintiffs' Motion to Consolidate Cases, and good cause appearing, it is hereby ORDERED that:

Defendant's deadline to file its Opposition to Plaintiffs' Motion to Consolidate Cases shall be extended to September 1, 2023.

Plaintiffs' deadline to file their Reply briefing shall be September 8, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____

Hon. Araceli Martinez-Olguin
United States District Judge

Morgan, Lewis & Bockius LLP
Attorneys at Law
Silicon Valley

DB2/ 46525652.1

5

STIPULATION TO EXTEND DEFENDANT'S OPPOSITION DEADLINE; [PROPOSED] ORDER
CASE NO. 3:22-CV-07226-AMO