MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN INTEREST TO TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DMITRY BORODAENKO and HANA THIER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:22-cv-07226-AMO<br><br>**DECLARATION OF ERIC MECKLEY IN SUPPORT OF STIPULATION TO EXTEND DEFENDANT'S OPPOSITION DEADLINE TO PLAINTIFFS' MOTION TO CONSOLIDATE CASES** |

MECKLEY DECL. IN SUPPORT OF
STIPULATION TO EXTEND
OPPOSITION DEADLINE
CASE NO. 3:22-cv-07226-AMO

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

## DECLARATION OF ERIC MECKLEY

I, Eric Meckley, declare as follows:

1. I am an attorney duly licensed to practice law in the state of California. I am an attorney with the law firm of Morgan, Lewis & Bockius LLP, and am counsel for counsel for Defendant X Corp. as successor in interest to Defendant Twitter, Inc. ("Defendant" or "Twitter") in the above-captioned matter. I submit this Declaration in support of the Parties' Stipulation to Extend Defendant's Opposition Deadline to Plaintiffs' Motion to Consolidate Cases. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if asked to do so.

2. On August 11, 2023, Plaintiffs filed a combined Administrative Motion to Relate Cases and Motion to Consolidate Cases. On August 15, 2023 and pursuant to Civil Local Rule 7-11(b), Defendant filed its Opposition to Plaintiffs' Administrative Motion to Relate Cases. Pursuant to Civil Local Rule 7-3(a), Defendant's deadline to file its Opposition to Plaintiffs' Motion to Consolidate Cases is August 25, 2023.

3. On August 15, 2023, this Court issued an Order denying Plaintiffs' previously-filed Motion to Consolidate Cases, which Plaintiffs had filed on June 6, 2023. In light of the Court's ruling denying Plaintiffs' June 6 Motion to Consolidate Cases, I contacted Plaintiffs' counsel to inquire as to whether Plaintiffs would agree to voluntarily withdraw their currently pending Motion to Consolidate Cases. While Plaintiffs did not agree to withdraw their currently pending Motion to Consolidate Cases, Plaintiffs agreed to extend Defendant's deadline to file its Opposition.

4. The Parties have met and conferred and agreed to extend Defendant's deadline to file its Opposition to Plaintiffs' Motion to Consolidate Cases by seven days, to September 1, 2023. As a result of the extension of the Opposition deadline, Plaintiffs' reply deadline would be extended for the same period by one week.

5. Other than extending Plaintiffs' Reply deadline to September 8, 2023 pursuant to Civil Local Rule 7-3(c), this extension will not alter the date of any event or any deadline already

1 fixed by Court order.

2    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 21st day of August, 2023, at San Francisco, California.

          /s/ Eric Meckley
              Eric Meckley

DB2/ 46526323.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

MECKLEY DECL. IN SUPPORT OF
STIPULATION TO EXTEND
OPPOSITION DEADLINE
CASE NO. 3:22-cv-07226-AMO