SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:  (617) 994-5800
Facsimile:  (617) 994-5801

Attorneys for Plaintiffs
DMITRY BORODAENKO and
HANA THIER

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:  +1.415.442.1000
Fax:  +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:  +1.650.843.4000
Fax:  +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN
INTEREST TO TWITTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DMITRY BORODAENKO and HANA THIER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:22-cv-07226-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Dmitry Borodaenko and Hana Thier ("Plaintiffs") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiffs and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on August 24, 2023, the Court in the matter entitled *Eitan Adler v. Twitter, Inc. and X Corp.*, Case No. 3:23-cv-01788-JD (N.D. Cal.) ordered the parties to mediate the plaintiff's claims, and the parties have scheduled such mediation to take place on December 1–2, 2023;

WHEREAS, counsel for the Parties have conferred and agreed that the interests of preserving judicial economy and the Parties' collective time and resources would be best served by including the pending Action within the scope of mediation ordered by the federal court in *Adler*.

WHEREAS, in service of judicial economy counsel for the Parties have conferred and agreed to request a temporary stay of this Action, including all currently pending deadlines, briefing schedules, court conferences, motion hearings and Court decisions through January 2, 2024, given that mediation will occur in December;

WHEREAS, the Parties have conferred and specifically request that the Court stay the briefing on Plaintiffs' pending Administrative Motion to Relate Cases and Motion to Consolidate Cases (the "Motion to Consolidate") and defer ruling on (a) the pending Motion to Consolidate and (b) the pending Defendant's Motion to Dismiss and/or Strike Plaintiffs' Second Amended Complaint (the "Motion to Dismiss") until January 2, 2024 or later.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

1. This Action shall be stayed through January 2, 2024;

2. All pending pre-trial and discovery-related deadlines, including all briefing deadlines relating to the Motion to Consolidate, shall be continued to after January 2, 2024;

3. The hearing on the Motion to Consolidate, which is currently set for September 28, 2023, and the hearing on the Motion to Dismiss, which is currently set for November 2, 2023,

1  shall be continued to a date on or after January 2, 2024; and

2       4.   The Parties shall report to the Court the status of settlement discussions by January

3  2, 2024, and indicate their position as to whether the stay should be continued or lifted.

     IT IS SO STIPULATED.

                                          Respectfully submitted,
                                          DMITRY BORODAENKO and HANA THIER

                                          By their attorneys,

                                          /s/ *Shannon Liss-Riordan*
                                          Shannon Liss-Riordan, SBN 310719
                                          Thomas Fowler (*pro hac vice* forthcoming)
                                          LICHTEN & LISS-RIORDAN, P.C.
                                          729 Boylston Street, Suite 2000
                                          Boston, MA 02116
                                          (617) 994-5800
                                          email:  sliss@llrlaw.com; tfowler@llrlaw.com


                                          Respectfully submitted,
                                          X CORP. as successor in interest to
                                          TWITTER, INC.

                                          By their attorneys,

                                          /s/ *Eric Meckley*
                                          Eric Meckley, SBN 168181
                                          Brian D. Berry, SBN 229893
                                          Ashlee N. Cherry, SBN 312731
                                          Kassia Stephenson
                                          MORGAN, LEWIS, & BOCKIUS LLP
                                          One Market, Spear Street Tower
                                          San Francisco, CA 94105
                                          (415) 442-1000
                                          email: eric.meckley@morganlewis.com;
                                          email: brian.berry@morganlewis.com

Dated:       September 15, 2023

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that, to allow the Parties to mediate the claims in this Action:

1. This Action is hereby stayed through January 2, 2024.

2. All pending pre-trial and discovery-related deadlines, including all briefing deadlines relating to the Motion to Consolidate, shall be continued to dates after January 2, 2024.

3. The Parties shall submit a joint status report no later than January 2, 2024 regarding the status of settlement discussions, indicate their position as to whether the stay should be continued or lifted, a proposed a date for Plaintiffs to file their reply in support of the Motion to Consolidate, and proposed hearing dates for the Motion to Dismiss and Motion to Consolidate.

Dated: _____  _____
Honorable Araceli Martinez-Olguin
District Court Judge