UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DMITRY BORODAENKO, et al.,

           Plaintiffs,

    v.

TWITTER, INC., et al.,

           Defendants.

Case No.  22-cv-07226-AMO

**ORDER GRANTING STIPULATED STAY**

Re: Dkt. No. 69

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that, to allow the Parties to mediate the claims in this Action:

1. This Action is hereby STAYED through January 2, 2024.

2. All pending pre-trial and discovery-related deadlines, including all briefing deadlines relating to the Motion to Consolidate, shall be continued to dates after January 2, 2024.

3. The Parties shall submit a joint status report no later than January 2, 2024.  Therein, they shall address the status of settlement discussions, and indicate their position as to whether the stay should be continued or lifted.

4. Defendants' Motion to Dismiss (ECF 47) is hereby TERMINATED subject to resubmission after the stay is lifted.

5. Plaintiffs' Motion to Consolidate (ECF 57) is hereby TERMINATED subject to resubmission after the stay is lifted.

**IT IS SO ORDERED.**

Dated: September 18, 2023

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**