| | |
|---|---|
| **LICHTEN & LISS-RIORDAN, P.C.**<br>Shannon Liss-Riordan, SBN 310719<br>sliss@llrlaw.com<br>Thomas Fowler (*pro hac vice* forthcoming)<br>tfowler@llrlaw.com<br>729 Boylston Street, Suite 2000<br>Boston, MA  02116<br>Tel: +1.617.994.5800<br>Fax: +1.617.994.5801<br><br>Attorneys for Plaintiffs<br>DMITRY BORODAENKO and<br>HANA THEIR | **MORGAN, LEWIS & BOCKIUS LLP**<br>Eric Meckley, SBN 168181<br>eric.meckley@morganlewis.com<br>Brian D. Berry, SBN 229893<br>brian.berry@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel: +1.415.442.1000<br>Fax: +1.415.442.1001<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br>Ashlee N. Cherry, SBN 312731<br>ashlee.cherry@morganlewis.com<br>Kassia Stephenson, SBN 336175<br>kassia.stephenson@morganlewis.com<br>1400 Page Mill Road<br>Palo Alto, CA  94304<br>Tel: +1.650.843.4000<br>Fax: +1.650.843.4001<br><br>Attorneys for Defendant<br>X CORP. AS SUCCESSOR IN<br>INTEREST TO TWITTER, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DMITRY BORODAENKO and HANA THIER, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   vs.<br><br>TWITTER, INC. and X CORP.,<br><br>   Defendants. | Case No. 3:22-cv-07226-AMO<br><br>**JOINT STATUS REPORT REGARDING PLAINTIFF MEHTA'S ARBITRATION** |

Pursuant to the Court's Order dated May 5, 2023 (Dkt. 35), the Parties provide the following update on the status of Plaintiff Mehta's arbitration:

1) On April 28, 2023, Plaintiff Mehta filed his Arbitration Demand with the American Arbitration Association.

2) On August 7, 2023, Defendants filed their Response to Plaintiff Mehta's Arbitration Demand.

3) On August 17, 2023, an arbitrator was appointed to preside over Plaintiff Mehta's arbitration.

4) An arbitration hearing is set for April 7-9, 2025.

Respectfully submitted,

**LICHTEN & LISS-RIORDAN, P.C.**

Dated:  May 3, 2024          By:  /s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan
Thomas Fowler (*pro hac vice* forthcoming)
Email: sliss@llrlaw.com
        tfowler@llrlaw.com

*Attorneys for Plaintiffs DMITRY BORODAENKO and HANA THIER*

**MORGAN, LEWIS & BOCKIUS LLP**

Dated:  May 3, 2024          By:  /s/ *Eric Meckley*
Eric Meckley
Brian D. Berry
Ashlee N. Cherry
Kassia Stephenson
Email: eric.meckley@morganlewis.com
        brian.berry@morganlewis.com
        ashlee.cherry@morganlewis.com
        kassia.stephenson@morganlewis.com

*Attorneys for Defendant*
X CORP. AS SUCCESSOR IN INTEREST TO TWITTER, INC.