1   SHANNON LISS-RIORDAN (SBN 310719)
2   (sliss@llrlaw.com)
    THOMAS FOWLER (*pro hac vice* forthcoming)
3   (tfowler@llrlaw.com)
    LICHTEN & LISS-RIORDAN, P.C.
4   729 Boylston Street, Suite 2000
    Boston, MA 02116
5   Telephone:      (617) 994-5800
6   Facsimile:      (617) 994-5801

7   *Attorneys for Plaintiffs Dmitri Borodaenko*
    *and Hana Thier, on behalf of themselves*
8   *and all others similarly situated*

9

10                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
11                  **SAN FRANCISCO DIVISION**

12

13                                              | Case No. 3:22-cv-07226-AMO

14   DMITRI BORODAENKO and HANA THIER,
     on behalf of themselves and all others similarly
15   situated,                                          **PLAINTIFFS' CERTIFICATION OF**
                                                        **INTERESTED ENTITIES OR PERSONS**
16                      Plaintiffs,

17              v.

18   TWITTER, INC. AND X CORP.,

19                      Defendants.

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to N.D. Cal. Civil Local Rule 3-15 and Fed. R. Civ. P. 7.1(a), the undersigned

certifies that the following listed persons, associations of persons, firms, partnerships,

corporations (including parent corporations), or other entities (i) have a financial interest in the

subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest

in that subject matter or in a party that could be substantially affected by the outcome of this

proceeding:


   1.  Plaintiffs Dmitri Borodaekno, Hana Thier, and all others similarly situated who are

members of the putative class asserted in this matter.

   2.  Defendants Twitter, Inc. and X Corp.



Respectfully submitted,

DMITRI BORODAENKO and HANA THIER, on
behalf of themselves and all others similarly
situated,

By their attorneys,

 /s/ Shannon Liss-Riordan_____
Shannon Liss-Riordan, SBN 310719
Thomas Fowler (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; tfowler@llrlaw.com

Dated:          June 7, 2024

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
1

## CERTIFICATE OF SERVICE

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants Twitter, Inc. and X Corp. via the CM/ECF system on June 7, 2024.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan