# EXHIBIT A

| Processed Transaction | Entry Moment | Workday Account | Custom Data Id | Custom Object | Modifications | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Custom Field | Old Value | Old Instance | New Value | New Instance |
| ... | 10/21/2021 05:09:00.932 PM | ISU_MuleSoft | 952434 | Global Self ID | Veteran Status | | | | No |
| | | | | | Caregiving Responsibilities | | | | Yes |
| | | | | | Socio-economic Background | | | | No |
| | | Dmitry Borodaenko (Terminated) (026712) | | | Worker | | | | Dmitry Borodaenko (Terminated) (026712) |
| | | | | | Ethnicity/Race - Details | | | | White |
| | | | | | Education | | | | Doctorate degree |
| | | | | | Disability | | | | I do not identify as disabled/person with a disability |
| | | | | | Religion | | | | Atheism/Agnosticism |
| | | | | | Country of Birth | | | | No |
| | | | | | Sexual Orientation | | | | Heterosexual |
| | | | | | Gender Identity | | | | Man |
| | | | | | Language | | | | English<br>Not listed above<br>Russian |
| | | | | | Caregiving Responsibilities - Details | | | | I have caregiving responsibilities for a child/children between the ages 6-13 |
| | | | | | Ethnicity/Race - Multi | | | | No |
| | | | | | Ethnicity/Race - White | | | | European - not listed above |



EXHIBIT
40
7/11/25

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000418