**Dave Beckett**

> Eraser and ECES until explicitly told to stop
>
> 19:13

> Because the company WILL get smacked for ignoring it, and all his posturing is going to be as useful as it was in Chancery Court, and we'll still have to do it all except we'll have lost a month
>
> 19:13

And lost people  19:17

☝️

**Nov 15, 2022**

A bunch of folks just got fired for cause this morning. Seems to be for slack posting  17:12

Damn that was you too. Badge of honor.  17:42

🫡

> Thank you. We should meet and share stories some time soon.
>
> 18:09

EXHIBIT 12  7/11/25