go/playbookUS - CONFIDENTIAL

# English

- Introduction
- Key policies
- Core employment concepts
- Keeping Twitter safe
- Time off & leave
- Total rewards

#Playbook

# United States

# Introduction

## Purpose of Playbook

Please, read all of the policies. Not every expectation is set out in the Playbook, but it covers the core standards and practices that apply to how we go about our work. It's your responsibility to get familiar with the content and honor both its words and spirit, so read with care. You can also navigate directly to a specific policy that interests you.

Questions? Ask away! Your manager or Human Resources Business Partner (HRBP (https://confluence.twitter.biz/pages/viewpage.action?pageId=26713933)) will be happy to help, or direct you to someone who can.

Finally, this Playbook is only intended for your personal reference as a Twitter employee; it should be considered guidance and is not intended to create a contract between Twitter and any employee. This Playbook is to be treated as confidential, and for internal use only during your time at Twitter.

## Playbook revisions



EXHIBIT

39

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000001

go/playbookUS - CONFIDENTIAL

Playbooks are updated from time to time to address changes to our employee practices, policies, and guidelines. The policies and practices in this Playbook can only be modified in a written and published reprint by Twitter published specifically for that purpose in its absolute discretion. No manager has authority to change these policies either verbally or in writing.

This Playbook completely replaces any and all previously issued playbooks or individual policies on any topic addressed within, as well as any inconsistent verbal or written policy statements.

# Key policies

# Respectful Workplace

Fostering a healthy and trusted working culture includes having standards that satisfy legal requirements and set a high ethical bar. We know that to best retain, include, and attract our employees requires openness, respect, and civility within our walls. This Respectful Workplace policy sets out behavioral expectations that apply to all Twitter employees up to our senior-most leaders, and also to customers, contract service providers, contingent workers, and third parties over whom Twitter can exert influence or control.

Healthy conversation doesn't mean we will agree with each other all the time. We won't. But it does mean that we aim to approach one another with respect – even when we have differences. Doing so allows for productive discussions and reflects our core values.

## Our open door approach

Twitter is a "speak up" culture. Employee ideas drive our success, and we offer many ways for voices to be heard. Complex work problems are often solved through open discussions, and you are empowered to discuss workplace issues directly with your peers or your manager. If that doesn't feel comfortable – or you aren't satisfied with the response – you should contact your HRBP (https://confluence.twitter.biz/pages/viewpage.action?pageId=26713933) or Employee Relations (er@twitter.com) for help. For concerns related to potential law or policy violations, the Employee Relations (https://birdhouse.twitter.biz/en/global/working/employee-relations.html) process is designed to ensure

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER                                                          XCO/BOR 000002

go/playbookUS - CONFIDENTIAL

concerns are heard and addressed in a fair and objective manner, without retaliation. Employee Relations can also identify external resources that are available to you (depending on where you work or live). Finally, the Ethics Helpline (https://twitter.force.com/tweepsupport/s/article/Ethics-Helpline) is also available to hear employee concerns.

Not every concern can be resolved to everyone's satisfaction. And yet open and respectful dialogue is how we get to the right decisions, and it is essential to who we are. So use the channels available when you feel something should be addressed.

### Five elements are foundational to a Respectful Workplace:

## Respect means no wrongful discrimination

Twitter is committed to fostering an inclusive and diverse workplace—one where people do their best work and are their best selves. As such, in harmony with our values and the law, Twitter does not tolerate wrongful discrimination.

Laws around the world define illegal employment discrimination differently, in what are commonly called "Protected Characteristics." These characteristics differ according to applicable laws, but typically include: gender, race/national origin, religion, disability, and age. While we will make legitimate distinctions among applicants and employees based on grounds like skills, performance, experience, and education, we don't permit or tolerate discrimination based on improper or illegal grounds.

**Protected Characteristics**

Twitter maintains a high standard for inclusion and internal health across its offices. For that reason, although state and local law varies, Twitter recognizes these Protected Characteristics throughout the United States:

- Gender (including gender identity, gender expression, or transgender status)

- Sex (including pregnancy, childbirth, breastfeeding, or related medical conditions)

- Sexual orientation

- Race, color or ethnicity

- Ancestry, citizenship or national origin (including membership in Native American tribe)

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000003

go/playbookUS - CONFIDENTIAL

- Religion or religious creed

- Disability (physical and mental)

- Age

- Marital, partnership, familial or caregiver status

- Status as victim of domestic violence, sexual assault or stalking

- Civil Air Patrol, military and veteran status

- Genetic information, medical condition or information relating to medical history

- Political affiliation

This includes discrimination against employees, job applicants and anyone providing services for us based on any Protected Characteristic that applies. Discrimination includes unequal treatment in hiring, job assignments, benefits/compensation, promotion, and dismissal on the basis of that Protected Characteristic. Note that discrimination can also include harassment, but this policy discusses harassment separately and more comprehensively, below.

The only exception to this policy is where employment decisions are made considering Protected Characteristics as permitted or mandated by local law and supported by business justification.

## Respect provides reasonable accommodation

Twitter will provide reasonable accommodation (job modifications) for each of the following circumstances when the need is identified and reasonable accommodation is possible:

- Based on religious beliefs

- To help victims of domestic violence, sexual assault, or stalking

- Based on a disability

- For drug/alcohol rehabilitation

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000004

Twitter treats requests for any of these types of "reasonable accommodation" discreetly and confidentially, as practical and permitted by law. An employee granted any type of reasonable accommodation must notify Twitter immediately when needs change or if the modification becomes no longer necessary.

### Modifications due to religion

A reasonable accommodation on the basis of religion is one that eliminates the conflict between an employee's religious beliefs, observances, or practices and the employee's job requirements, without causing undue hardship to Twitter.

If you see a conflict between your job requirements and a religious belief, observance, or practice, bring the issue to the attention of Human Resources by emailing accommodation@twitter.com, or connect with your HRBP (http://go/HRBP) to start the conversation.

### Modifications due to domestic violence, sexual assault, or stalking

Employee safety and well-being is vital to Twitter. We will make reasonable accommodations for an employee who reports being the victim of domestic violence, sexual assault, or stalking, unless doing so would be unreasonable (such as imposing an undue burden on operations, or putting the health and safety of other employees at risk).

A modification in this context might take the form of: a transfer or reassignment; modified work schedule; change in work contact information; change in desk location; assistance in documenting incidents that occur on site; safety procedures; modifications to a job structure or physical space; time off to participate in a related legal proceeding; or referral to an outside assistance organization.

To get help, email accommodation@twitter.com, or connect with our Corporate Security (CorpSec@twitter.com) or Employee Relations (er@twitter.com) teams. We may require a signed statement or other documents certifying a request is for employee safety while at work.

### Modifications due to disability

Twitter will make reasonable accommodations for known physical or medical conditions of an otherwise qualified applicant or employee with a disability, consistent with applicable law, that make it possible for employees to perform the essential functions of their jobs. We will also consider modification requests based on pregnancy and/or childbirth related medical conditions, with appropriate medical documentation. For more on requests due to pregnancy-related issues, please see the Time off & leave section.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000005

go/playbookUS · CONFIDENTIAL

If you need a modification in order to perform essential job functions, please email accommodation@twitter.com, or contact your HRBP (http://go/HRBP). Someone will work with you to determine what, if any, modifications may be reasonable, or will propose alternatives. The goal is to identify effective job changes that enable an employee to perform core duties without imposing undue hardship on Twitter or endangering others.

### Modifications for drug or alcohol rehabilitation

Twitter will make modifications for an employee who voluntarily seeks treatment for drug or alcohol dependence unless doing so would create an undue hardship on business operations. Note that Twitter's policies on behavior in the workplace—including workplace drug and alcohol use and impairment—are always in force. This means that, whether or not seeking treatment, employees must perform their roles adequately and safely, and may not be under the influence while working at Twitter or on Twitter business.

# Respect demands no abusive conduct or harassment

Abusing others in the workplace is completely unacceptable, and is prohibited under this policy. This standard applies to Twitter employees of all levels, and also to customers, contract service providers, contingent workers, and third parties over whom Twitter can exert influence or control.

## Abusive conduct and unlawful harassment

"Abusive conduct" means cruel mistreatment or significant inappropriate, unwelcome, or unjustified acts, including:

- Violence

- Unlawful "bullying," "mobbing," "moral harassment" or "psycho-social harassment" (as may be defined by law) whether or not related to a person's Protected Characteristics

- Unlawful discriminatory harassment because of a person's Protected Characteristics

Examples of behaviors that can violate this policy are: epithets and slurs; negative stereotyping; circulating or posting written or graphic materials that show hostility; mocking or ridiculing, mimicking someone's culture, accent, appearance or customs; and/or threatening, intimidating, hostile or offensive actions.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000006

go/playbookUS - CONFIDENTIAL

Such conduct may violate this policy even if it does not rise to the level of a violation of applicable law.

## No sexual harassment

Twitter does not tolerate harassment, including harassment based on sex, in any workplace setting, whether on site or in a company-related setting. Sexual harassment is unwelcome verbal or physical behavior based on a person's gender, and includes unwelcome sexual advances, requests for sexual favors, and other unwelcome verbal or physical conduct of a sexual nature when:

- Submission to the conduct is explicitly or implicitly a term or condition of employment;

- Submission to or rejection of the conduct is used as the basis for employment decisions affecting an individual; or

- The conduct unreasonably interferes with an individual's work performance or creates an intimidating, hostile, or offensive working environment

Sexual harassment can happen regardless of the gender of the people involved, and among same-gender, mixed-gender, or transgender people. It can also include abusive conduct based on sexual orientation, gender identification, or transgender status. And sexual harassment can happen even where harassing conduct is not motivated by sexual desire.

Examples of behaviors prohibited under this policy include (but are not limited to):

- Demands for sexual favors in exchange for favorable or preferential treatment

- Threatening or engaging in adverse action after someone refuses a sexual advance

- Unwelcome and repeated flirtation, propositions, or advances

- Unwelcome physical contact

- Improper gestures

- Malicious stereotyping

- Offensive, insulting, derogatory, or degrading remarks

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER                                                                          XCO/BOR 000007

- Unwelcome/repeated comments about appearance

- Sexually suggestive objects, pictures, or messages in the workplace (including in electronic communications such as emails, texts, Slack, Tweets, DMs or instant messages)

In other words, sexual harassment could mean sexist comments, innuendo, jokes, electronic communications, or inappropriate posters or screens around desks. It could mean inappropriate touching, making comments about another person's body or persistently asking a colleague out on dates. Such conduct may violate this policy even if it does not rise to the level of a violation of applicable law.

Any of these examples would constitute reasonable complaints to bring to your HRBP (http://go/HRBP) or Employee Relations (er@twitter.com) — especially if the behavior is repeated. See Employee Relations (https://birdhouse.twitter.biz/en/global/working/employee-relations.html) for more information about internal and external reporting channels.

Note that even consensual romantic relationships between co-workers can give rise to concerns. So while Twitter does not have a blanket rule against such relationships, they are subject to a separate Romantic and family relationships policy, in addition to all other conduct-related policies set out in this Playbook and in our Code of Business Conduct and Ethics (http://go/codeofconduct).

## No workplace violence

Twitter will not tolerate violence or threats of violence. See no violence and no weapons at work for more information about these policies. You can immediately report any incident or concerns of violence to Corporate Security (CorpSec@twitter.com), a manager, your HRBP (http://go/HRBP), or to Employee Relations (er@twitter.com).

## Respect ensures reporting channels

If you perceive that you have been subjected to any conduct that violates this or another policy – or if you witness such conduct even if you are not the target of it – report it.

You can bring the issue to someone in management, Employee Relations (https://birdhouse.twitter.biz/en/global/working/employee-relations.html), or to your HRBP (http://go/HRBP). For more information about how concerns are handled internally, see Employee Relations (https://birdhouse.twitter.biz/en/global/working/employee-relations.html). If for some reason you feel it would be unreasonable to use these reporting channels, you can use the Ethics Helpline (http://go/ethicshelpline), which may be accessed anonymously

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000008

go/playbookUS - CONFIDENTIAL

where permitted by law. In addition, you may have additional avenues for reporting concerns and seeking remedies under federal, state or local law. See Employee Relations (https://birdhouse.twitter.biz/en/global/working/employee-relations.html) for more information.

All Twitter managers are required to promptly report any complaints about potential discrimination, harassment, or other policy violations to their HRBP (http://go/HRBP) or to Employee Relations (er@twitter.com). Failure to do so is a breach of trust, position, and this policy, and will subject the manager to discipline.

You may report a concern directly to a manager, your HRBP (http://go/HRBP), Employee Relations (er@twitter.com), or the Ethics Helpline (https://twitter.force.com/tweepsupport/s/article/Ethics-Helpline) and it will be routed to an appropriate member of our internal investigation team.

## No retaliation

All Twitter employees must be free to exercise their rights, and act as guardians of our company values and policies, without fear of retribution. We recognize the decision to report a concern can be difficult, and that employees may fear reprisal for doing so. **As such, Twitter absolutely forbids retaliation, victimization, or reprisals against any person for exercising legal rights, good-faith reporting of suspected policy violations, or participating in a workplace investigation.**

Examples of activities protected under this policy are:

- Requesting or taking a leave of absence provided by law (such as protected sick or maternity leave), regardless of whether the leave is granted;

- Seeking or receiving a reasonable accommodation as available under this Playbook or under applicable law;

- Making a complaint, providing information, or otherwise assisting in an investigation relating to any conduct reasonably believed to violate law or Twitter policy; or

- Filing, testifying, participating, or otherwise assisting in any proceeding relating to a claimed violation of federal, state, or local laws or regulations.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER                                            XCO/BOR 000009

go/playbookUS • CONFIDENTIAL

Use any of the reporting channels set out above if you believe you have experienced or witnessed conduct that runs counter to these or other rules.

Nothing in this Playbook prohibits any employee from making lawful disclosures, or communicating with any governmental authority about conduct that is believed to violate any law or regulation.

## Respect requires addressing violations

Twitter takes any alleged or suspected breaches of policy seriously. Any reported concerns or complaints will be reviewed in a manner that is fair, timely, and impartial, as appropriate to the circumstances. We will evaluate the nature of the concern to determine whether, and to what extent, an investigation is warranted, and whether, and to what extent, specific acts violate our policies. See Employee Relations (https://birdhouse.twitter.biz/en/global/working/employee-relations.html) for more information.

Conducting an investigation does not mean that the reported concerns have been substantiated. Any investigation will provide participants with adequate fair process, with the result of reaching reasonable conclusions based on the facts collected. Determinations will be made and communicated as appropriate in a timely manner.

During an investigation we will maintain confidentiality to the extent possible, but complete confidentiality cannot be promised. This approach is consistent with conducting a fair and thorough investigation, and being able to correct conduct not aligned with expectations. We will do our best to keep involved parties informed as we complete reviews and investigations in line with company values and the law.

We expect all employees to fully cooperate with a company investigation, with candor, and to refrain from interfering with the process. Managers have enhanced cooperation responsibilities in this regard.

If factual findings substantiate a policy violation, we will act to remedy the situation and deter any future misconduct. While we will take into account the severity of conduct and any mitigating factors, even a first violation of key policies can result in immediate dismissal.

# Twitter Confidential Information

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000010

Twitter Confidential Information is core to our business and vital to our success. We take pride in being internally transparent and endeavor to share, as much as practical and appropriate, our roadmap and strategies with employees. We believe that if you understand how your job connects into the larger mission, you will be more effective and engaged. You, in turn, are expected to take all reasonable care to safeguard Twitter Confidential Information. In no event should you use, disclose or reveal Twitter Confidential Information within or outside Twitter without proper authorization or purpose. Obligations as to confidentiality are additionally spelled out within individual agreements employees sign in connection with, and as a condition to, employment with the company. You are expected at all times to comply with this policy, and any individual agreements signed.

Confidential Information refers to any information (however compiled and in whatever format) related and of value to Twitter's business that we have not made public or authorized to be made public, and that is not generally known to the public through legitimate means.

Confidential Information is (1) of value to Twitter, (2) related to our business, and (3) not authorized to be public.

As an example, Twitter Confidential Information includes (among other things) nonpublic information regarding our business methods and plans, user data, databases, systems, technology, intellectual property, know-how, marketing plans, business development, products, services, research, development, inventions, financial statements, financial projections, financing methods, pricing strategies, customer sources, employee health/medical records, system designs, customer lists, and methods of competing. It also includes any material, nonpublic information, as defined in the Insider Trading Policy (https://twitter.force.com/tweepsupport/s/article/Insider-Trading-Policy).

Employees who have access to the following employee information as part of performing their roles should not disclose such information for any reason, except as necessary to complete job duties, without the permission of the employee at issue: social security numbers, private details of employment, driver's license or resident identification numbers, financial account information, credit or debit card numbers, or security and access codes or passwords that would permit access to medical and/or financial or other legally protected information.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000011

go/playbookUS - CONFIDENTIAL

Twitter Confidential Information does not include information lawfully acquired by non-management employees about wages, hours, or other terms and conditions of employment, if used by them to attempt to improve their working conditions (whether individually or as part of a group), except to the extent that such information was provided to the employee in confidence to carry out the employee's duties.

In addition, while some of us have access to user or employee information in the course or scope of our roles, it is never appropriate to abuse that access for reasons unrelated to a legitimate business purpose — including personal curiosity. Doing so is a violation of trust, implicates the rights of others, and can lead to disciplinary action up to and including termination.

Nothing in this Playbook forbids our employees from communicating with any governmental authority or making a report in good faith to the Securities and Exchange Commission ("SEC") or any state or federal regulatory authority regarding a possible securities law violation or from making other disclosures protected or required by any whistleblower law or regulation to the Department of Labor, or any other appropriate government authority. To the extent an employee discloses any Confidential Information in connection with communicating with a governmental authority, the employee will honor the other confidentiality obligations in this Playbook.

Also, nothing in this Playbook permits or condones unlawful conduct, including (among other things) theft or misappropriation of Twitter property, trade secrets, or information.

# Communication guidelines

### Guiding principles:

Twitter celebrates the value and power of each individual voice. However, as Tweeps, you have a unique role and responsibility on our platform. What you post publicly can be viewed or interpreted as Twitter's positioning on a subject and will also be scrutinized to a higher degree.

We want you to be open and honest -- with some basic common sense parameters. Before posting anything, ask yourself the following questions:

- Does what you're saying or posting violate our Insider Trading Policy? These terms are more fully defined in this Playbook and within our Insider Trading Policy (https://twitter.force.com/tweepsupport/s/article/Insider-Trading-Policy). Both provide guidance about what can and cannot be shared outside of Twitter.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000012

go/playbookUS - CONFIDENTIAL

- Does what you're planning on sharing reveal trade secrets or put the company at risk?

- Are you acting with respect? You can disagree (even strongly) without engaging in personal attacks.

- Have you attempted to escalate your issue internally before making your views known externally?

- Have you made it clear your view is your own, and not an official public statement on behalf of Twitter?

- Are you prepared for the scrutiny and potential reaction to what you post publicly? While you may think the answer is yes, we want to make sure you think through just how much interest anything you Tweet might receive.

Lastly, remember that anything you say to a reporter is considered "on the record" and might be included in their coverage, so let us help you if you receive questions from the media.

As a reminder, all press inquiries can be directed to press@twitter.com, and all speaking and writing engagements should be cleared in advance at go/speaking (http://go/speaking).

## What can and cannot be shared externally

Twitter employees should never share Twitter's sensitive, confidential, or nonpublic information outside the company. These terms are more fully defined in this Playbook and within our Insider Trading Policy (https://twitter.force.com/tweepsupport/s/article/Insider-Trading-Policy), which provide guidance about what can and cannot be shared outside of Twitter.

Unless otherwise specified, you should protect information that you receive - regarding users, Twitter products, fellow Tweeps, etc. - as if it is confidential. If you are uncertain whether a piece of information has been publicly shared by Twitter, contact comms@twitter.com for advice before making any public statement or comment.

Employees who fail to follow these guidelines may be subject to discipline, up to and including immediate termination.

## Guidelines for events

Working at Twitter often means being front row to exciting events and visits from the biggest names in sports, entertainment, and politics. You may want to photograph, Tweet, or even Periscope events that take place at our offices. Keep in mind that taking

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000013

photographs or videos is only permitted in the common areas of Twitter offices. In addition, Tweeps must respect any request for no photography or video - which may come from Comms, Corporate Security, the VIT, or any other authorized person within Twitter — even if the visit takes place in a common area.

No employee is permitted to record conversations with another person without receiving that person's consent in advance. See the Enforcement policy section of this Playbook for more information.

## Respectful Workplace

You are expected to be aware of the impact your voice can have, and use it as a force for good. That means that abusive, harassing, or discriminatory behaviors, or behaviors that negatively impact your work or Twitter's business interests will not be tolerated, as set out in our Respectful Workplace policy.

- Keep in mind that any concerns about your work at Twitter may be more effectively resolved by directly communicating within the company.

- Be fair and courteous to the company and your coworkers in your public discourse.

- Always assume the best of our team's intentions and that company decisions are made with healthy public conversation in mind.

- You can disagree (even strongly) without engaging in personal attacks.

We have an open door approach to work. If you aren't comfortable addressing concerns directly with a co-worker, or sharing them with your manager, you can reach out to your HRBP (http://go/HRBP) or Employee Relations (er@twitter.com) for help.

These guidelines aren't intended to prohibit employees from discussing the company. We support your right to engage in protected concerted activity by discussing what it's like to work at Twitter with your co-workers.

# Standards of conduct

While at Twitter, we want you to #LoveWhereYouWork. That means conducting ourselves in ways that reflect core values of integrity, honesty, and respect.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000014

go/playbookUS - CONFIDENTIAL

This policy — and those referenced within it — outline some of our responsibilities to each other, to Twitter, to our shareholders, and to the public. Many are common sense, others stem from Twitter's core values, and some are legal requirements. All are important.

It's not possible to list all unacceptable behaviors, but the following are examples that violate employee responsibilities and can lead to corrective or disciplinary action, up to and including termination of employment as permitted by law:

- Wrongful discrimination

- Abusive conduct in the workplace, including unlawful bullying, harassment, and sexual harassment

- Actions constituting improper retaliation, reprisals, or victimisation

- Any other conduct in violation of our Respectful Workplace policy

- Refusal to cooperate, or interference with a good faith investigation of complaints

- Violating the rules set forth in this #Playbook

- Violating the Code of Business Conduct & Ethics (https://twitter.force.com/tweepsupport/s/article/Code-of-Business-Conduct-Ethics), Anti-Corruption Policy (https://twitter.force.com/tweepsupport/servlet/fileField? entityId=ka00a000000ogvuAAA&field=Attachment_1__Body__s), Gift and Hospitality Policy (https://twitter.force.com/tweepsupport/s/article/Gift-and-Hospitality-Policy-Part-1), or Insider Trading Policy (https://twitter.force.com/tweepsupport/s/article/Insider-Trading-Policy)

- Submitting expenses in violation of Twitter's travel & expense policy (https://twitter.force.com/tweepsupport/s/article/Travel-Expense-Policy-2018), including submitting personal expenses for reimbursement

- Violating Twitter's communication guidelines or policies and agreements protecting Twitter Confidential Information

- Violating Twitter's physical or information security protocols, including the Employee Security Handbook (https://confluence.twitter.biz/display/security/Employee+Security+Handbook) and privacy policy (http://go/privacy) or failing to follow the direct instruction of a member of Twitter's corporate security team

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER                                              XCO/BOR 000015

go/playbookUS - CONFIDENTIAL

- Violating Twitter's Employee health & safety policies, including

  - bringing weapons of any kind to work

  - violating the drug and alcohol policy

  - violating the smoke-free workplace policy

- Using abusive, violent, threatening, or vulgar language during working hours, while on Twitter owned or occupied premises, or during Twitter-sponsored events

- Taking without permission or the deliberate/careless damage of property belonging to Twitter, a customer, or an employee or contractor

- Use of Twitter property for personal reasons without prior explicit permission

- Falsifying time records or knowingly allowing inaccurate time to be recorded for pay or other purpose, including the misuse or abuse of time off and pay policies

- For overtime-eligible employees, failing to observe working schedules (including meal and rest breaks for overtime-eligible employees), working overtime without manager authorization, or failing to record vacation and sick time

- Absence of 3 consecutive scheduled workdays without prior notice to Twitter (in which case Twitter may assume you have abandoned your role and therefore resigned)

- Committing a fraudulent act or intentional breach of trust under any circumstances.

Violations of these responsibilities can lead to corrective or disciplinary action, up to and including termination of your employment. While Twitter is an at-will employer, we may exercise discretion to use other corrective measures, including but not limited to: verbal counseling or warnings, written warnings, demotions, or suspensions.

Although one or more of these actions may be taken, no formal order or process is required. Twitter reserves the right to determine in its own business judgment the appropriate response to a finding of misconduct, performance deficiency or policy violation.

## Work attire

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000016

go/playbookUS - CONFIDENTIAL

Twitter respects your right to express yourself, including through the clothes you wear. At the same time, we ask you to use good judgment and keep in mind that we regularly invite external business partners, VITs, candidates, and important guests into our offices. For those reasons, you should ensure that your attire is not likely to be perceived as distracting, overly revealing, or offensive to others.

As always, appropriate dress will vary by situation and we expect you to exercise good judgment in how you represent yourself and Twitter.

# Romantic and family relationships at work

Twitter does not wish to regulate your private life. We do not prevent or penalize employees for romantic and family relationships away from work that don't affect the workplace. Nor do we have a blanket policy prohibiting such relationships.

Even so – within the work context (and even when consensual) – romantic and family involvement between employees can give rise to conflicts of interest, perceptions of favoritism and can compromise Twitter's ability to enforce our employee policies. See Code of Business Conduct & Ethics. (http://go/codeofconduct) This is particularly true when one individual in a relationship is in a position of authority. We hold managers to a higher benchmark based on their standing as role models, access to sensitive information, and ability to impact employment opportunities.

When a relationship at work has progressed beyond a platonic friendship you must immediately disclose this to your HRBP (http://go/hrbp) or a People team leader. We will consider factors such as whether and how a relationship could affect job performance, team dynamics, implicate policies, or otherwise create a perceived or potential conflict of interest.

We will work with the individuals involved to consider options. Solutions may include restructuring reporting relationships supporting either party to find another opportunity within Twitter or – in circumstances where no adequate solution can be found – Twitter may refuse to hire or discontinue employment of either employee at its discretion as permitted by law.

# Core employment concepts

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER                                                    XCO/BOR 000017

go/playbookUS - CONFIDENTIAL

# Employee eligibility and work authorization

As required by the Immigration Reform Control Act of 1986, Twitter may only employ in our United States operations individuals who have proper work authorization and who comply with applicable immigration and employment law. As a condition of employment, every person must provide satisfactory evidence of both identity and legal authority to work in the United States within 72 hours of starting employment. If the individual cannot provide verification of the right to work within this period, we must end the employment relationship immediately.

# Background and reference checks

All offers of employment or placement at Twitter are contingent upon clear results of an appropriate background check. Background checks will be conducted on all final candidates, and may be conducted on all employees promoted into particular positions of personal or financial trust as deemed necessary. In the event that a contractor or intern is offered employment at Twitter, background and reference checks may need to be updated. A complete and clear background check is needed in order to start and be given a badge and IT/systems access.

An individual denied a position, placement, or other term or benefit of employment because of the results of a background check may have rights under the federal Fair Credit Reporting Act (FCRA) including, among other things, a right to the background check results and an opportunity to correct information.

Background and reference check information is maintained in a file separate from an individual's personnel file.

# Employment at-will

Employment with Twitter, Inc. is at-will. At-will employment means that either you or the company can decide to end our employment relationship at any time, for any reason, with or without cause. Nothing in this Playbook or anything stated to you will alter or limit the at-will nature of employment. Although things like your job duties, title, pay,

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000018

go/playbookUS - CONFIDENTIAL

benefits, and the policies within this Playbook may change over time, the at-will nature of your employment cannot be changed except in a document signed by both you and the CEO of Twitter, and made expressly for that purpose.

# Employee classification

In order to coordinate compensation and other benefits for all employees, Twitter categorizes all U.S.-based employees according to both the type of role they have and the work schedule they are assigned.

## Classification by role

Consistent with federal and state wage and hour laws, all Twitter employees in the U.S. are classified as either "exempt" (sometimes called "salaried") or "non-exempt" (sometimes called "hourly" or "overtime eligible"). The definitions for these classifications follow.

### Exempt

Exempt employees are those whose roles meet specific tests established by the federal Fair Labor Standards Act (FLSA) and any state wage and hour laws that apply. Although "exempt" is the correct legal phrase, we often colloquially refer to this group as "salaried" employees. The salary paid to an employee working in an exempt position is intended to cover all hours worked; thus, these employees are not eligible for overtime.

### Non-exempt

Non-exempt employees are those whose job duties do not meet FLSA or applicable state exemption tests and who are not exempt from minimum wage and overtime pay requirements, or those whose roles, for purposes of administrative convenience or consistency across jurisdictions, Twitter has decided to designate as hourly. Non-exempt employees will receive overtime pay for work in excess of forty (40) hours in one week. In California only, non-exempt employees may also be eligible for overtime pay for work in excess of eight (8) hours a day and in Colorado for work in excess of twelve (12) hours a day. See go/OTEligible (http://go/OTEligible).

Non-exempt employees are entitled to specific meal and rest breaks throughout the work day. If you are a non-exempt employee, you should take a 30-minute meal break before your fifth consecutive hour of work. Additionally, you should take a second 30-minute meal break if you work more than ten hours a day. Non-exempt employees are also entitled to 10-minute rest breaks for every four hours worked, or "major fraction

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000019

go/playbookUS - CONFIDENTIAL

thereof" (anything more than two hours). For example, if you work an 8-hour day, you should take a 30-minute meal break and two 10-minute rest breaks. See go/OTEligible (http://go/OTEligible).

## Classification by schedule

### Full-time employees

Full-time employees are those who work a regular ongoing schedule of at least 30 hours per week. These employees are generally eligible for most Twitter-sponsored employee benefits as described in our benefits programs (see the Total rewards section in this Playbook, and the summary plan descriptions here (http://go/benefits)), as well as benefits required by applicable law.

### Part-time employees

Part-time employees are those employees who are normally scheduled to work fewer than 30 hours per week. These employees are eligible for benefits as required by law, but are generally not eligible for Twitter-sponsored health and welfare benefits, except as described in Twitter's benefits programs (see the Total rewards section in this Playbook, and the summary plan descriptions here (http://go/benefits).) Employees in this category may sometimes work more than their typical part-time schedule, but unless re-designated in writing for a full-time position by Human Resources, work fluctuations will not change a part-time employee's status to full-time. Contact your HRBP (http://go/HRBP) if you are a part-time employee and you believe you are regularly working more than your scheduled hours; we will reassess if appropriate.

Part-time, non-exempt employees accrue vacation on a pro rata basis (see Vacation). These employees are eligible for holiday pay only when a Twitter-observed holiday falls on a day on which the individual is regularly scheduled to work. For example, if a part time employee regularly works Tuesday through Friday, that individual would not be eligible to be paid for a holiday that falls on Monday. Part-time exempt employees are not eligible for vacation accrual.

### Temporary employees

Temporary employees are those who are employed for shorter-term assignments or those of a limited or specified duration. They are generally hired to supplement our teams or assist in the completion of specific projects. Temporary employees retain that status unless and until notified otherwise in writing of a change by Human Resources. While this group receives all legally mandated benefits (such as workers' compensation insurance and Social Security), temporary employees are generally not eligible for

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000020

go/playbookUS - CONFIDENTIAL

Twitter-sponsored employee benefit programs, except when certain limited legal requirements are met. They may be classified as exempt or non-exempt based upon their assigned job duties and pay.

# Outside projects and employment

Twitter respects your right to engage in outside activities, as long as those activities do not create a conflict of interest, as described in the Code of Business Conduct & Ethics (http://go/CodeofConduct), or negatively affect your ability to perform your role here. If you wish to take on activities outside of work that may relate to or impact your role for Twitter – for example, developing an app, accepting a board position, or taking a second job – we have a process in place to disclose and get approval under go/outsideprojects (http://go/outsideprojects).

In some circumstances, outside conduct could lead to discipline. For example, the following types of outside work would not be acceptable and/or could lead us to take action against an employee:

- Work that interferes with job performance or job duties, such as creating an overlapping schedule, preventing regular attendance, or that creates a conflict of interest;

- Work causing deteriorating performance;

- Conflicts created by other employment or projects (paid or unpaid) that directly or indirectly compete with Twitter (including subsidiaries and affiliates);

- Activities that involve the misuse of Twitter Confidential Information or the use of Twitter Confidential Information for personal gain or without a legitimate business purpose; or

- Activities conducted during Twitter working time, or using Twitter's tools, materials, or equipment.

For the purposes of this policy, self-employment is considered outside employment. Twitter will not assume any responsibility for outside activities, such as providing workers' compensation coverage or any other benefit for injuries occurring in connection with such activities.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000021

go/playbookUS - CONFIDENTIAL

# Notice obligation

Twitter maintains personal information of its employees for a number of legal, policy, and practical reasons. A few examples of why we might need personal information include: to ensure you and your dependents can access benefits, to maintain compliance with tax and immigration rules, or to be able to contact you in the event of an emergency.

You must promptly notify Twitter of any changes to this personal information:

- Name

- Address

- Telephone number

- Next of kin

- Change to immigration status

- Change to work authorization

- Marital status

- Dependents and beneficiaries

The easiest way to update this information is by visiting go/hrticket (http://go/HRticket).

A few things to remember:

- Failure to provide this information on a timely basis may result in a loss of benefits or (in certain cases) termination of employment.

- Changes to your work location (including a request to work remotely on a continual or temporary basis) must be addressed under the Flexible Work Program.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000022

go/playbookUS - CONFIDENTIAL

- In order to further our Intersectionality, Culture, and Diversity (ICD) goals, Twitter also encourages employees to self-identify certain demographic information. This allows us to accurately respond to government requirements and see our progress toward our ICD goals. Self-identification is voluntary. Visit go/selfid (http://go/selfid) for more information.

To learn more about how Twitter uses and protects employees' personal information, visit the Human Resources Privacy Policy (https://confluence.twitter.biz/display/HR/Human+Resources+Privacy+Policy).

# Personnel and payroll records

Employee personnel records are maintained by the People team. Employee payroll records are maintained by the Payroll team. If you would like access to your personnel or payroll records, you should submit a detailed request at go/hrticket (http://go/hrticket). Please be advised that what is available for your review and how it is made available may be subject to the requirements of the state in which you work.

# Flexible work

Twitter offers the possibility of flexible work, where feasible. Flexible work arrangements are a privilege (not a right) and must be evaluated based on business and team needs. Flexible Work Program decisions have input from multiple stakeholders who vet each individual request. We follow this rigorous and comprehensive process to avoid creating personal and company risks. We want to accommodate individual preferences when we can, while ensuring we are also protecting the employee and the company. That is why employees and managers must get approval from the Flexible Work Program team for all of these arrangements.

Eligibility and approval criteria is set out under the Flexible Work Program (https://birdhouse.twitter.biz/en/global/working/global-mobility/flexible-work-program.html), which is subject to periodic review and revision. If you have any questions about this program, you may email flexibleworkprogram@twitter.com.

Requests under the Flexible Work Program are processed as personal preference or convenience, and are distinguished from requests based on religious beliefs, disability

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000023

go/playbookUS • CONFIDENTIAL

status, protection from stalking/violence, for drug or alcohol rehabilitation, or for other legally-protected reasons, which are outlined instead in our reasonable accommodation policy.

# Keeping Twitter safe

# Employee health & safety

### General health and safety

Twitter operates in accordance with applicable health and safety laws and regulations. Twitter's safety practices include:

- A safe and healthy place of work and working environment;

- Safe systems and processes of work;

- Equipment and materials designed, manufactured and maintained to operate and function safely;

- Information, instruction, supervision and training as is necessary to perform work safely; and

- Processes to monitor and manage health and safety risks.

It is your individual responsibility to familiarize yourself with the requirements and comply with safe work practices and instructions/guidance from Twitter's Corporate Security and REW teams. For example, you must:

- Take care of your own health and safety and that of others who may be affected by your actions at work;

- Notify your HRBP (http://go/HRBP) or, if the matter poses an immediate safety concern Corporate Security (http://go/CorporateSecurity), if you become aware of anything not in harmony with our safe workplace practices or that may otherwise cause a health and/or safety risk; and

- Comply with all health and safety processes, procedures and safety instructions.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000024

Breaches of the workplace health and safety policy are taken seriously and may lead to disciplinary action being taken, including the possibility of immediate dismissal.

## No violence

Twitter will not tolerate threats or acts of violence at work. This rule applies to everyone involved in Twitter operations: employees, contract service providers, contingent workers, clients, vendors, and visitors to Twitter premises.

Workplace violence is defined as intentional conduct that is sufficiently severe, abusive, or intimidating to cause someone to reasonably fear for personal safety, or the safety of that person's family, friends, and/or property, such that hostile, intimidating, or abusive working conditions result. This may include off-premises acts if they affect the workplace. For example:

- Threats or acts of violence occurring anywhere where an involved person acts as a Twitter representative;

- Off-premise threats or violent acts that affect Twitter's business interests;

- Off-premise threats or violent acts that we determine may lead to violent incidents on site (whether the employee is the aggressor or victim); or

- Threats or acts of violence resulting in the conviction of a Twitter service provider (whether an employee, agent, contract worker, or otherwise) under any criminal code provision relating to violence or threats of violence, when that conduct or the conviction negatively affects Twitter's legitimate business interests.

Examples of conduct that may violate this and other Twitter policies include:

- Threatening physical contact directed toward another person;

- Threatening another person, or that person's family, friends, associates, or property with harm;

- The intentional destruction or threat of destruction of Twitter or another's property;

- Stalking, menacing or threatening behavior (including phone calls, tweets, emails, texts, DMs, and the like);

- Veiled threats of physical harm or similar intimidation; and/or

- Communicating an endorsement of the inappropriate use of firearms or weapons.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER                    XCO/BOR 000025

go/playbookUS - CONFIDENTIAL

Workplace violence does not refer to impassioned workplace arguments or debates, provided there is no resort to any form of coercion. Nor does it include discussions about sports teams, popular entertainment, politics, or current events when there is no threat of violence being directed toward the workplace or anyone connected with it. Rather, we refer to behaviors that demonstrate an intention to engage in violence, condone violence at work, or target any person with acts or threats of violence.

Help us maintain a violence-free workplace. Please immediately report any incident that violates this policy to someone in Corporate Security (http://go/CorporateSecurity), a manager, your HRBP (http://go/hrbp), or a member of Employee Relations (er@twitter.com).

Violations of this policy by an employee will result in discipline, and could result in immediate termination of employment. Twitter will make the sole determination of whether, and to what extent, threats or acts violate this policy based on a reasonable case-by-case analysis and determination.

## No weapons at work

Twitter strictly prohibits bringing weapons of any kind to work; for this purpose, "to work" includes any Twitter property including parking areas and company cars (subject only to some exceptions imposed by law in certain U.S. jurisdictions). This policy applies to the possession of concealed weapons as well as weapons carried openly.

Weapons under this policy include guns, rifles, and firearms of any type, including those for which the holder has a legal permit. Other examples of prohibited weapons include knives, ammunition, bombs, bows and arrows, clubs, slingshots, blackjacks, metal knuckles, and similar devices that by their design or intended use are capable of inflicting serious bodily injury or lethal force. This list is not exhaustive. Exceptions include dual purpose objects legitimately needed at work that could also function as a weapon (like kitchen knives, scissors or carpentry tools).

## Drug and alcohol policy

Twitter is committed to providing a safe, comfortable, and productive work environment for everyone. Employees who abuse drugs or alcohol at work — or appear at work under the influence of alcohol or illegal drugs — harm both themselves and the work environment. While legal rules and cultural norms may evolve, particularly around the recreational use of marijuana, private employers such as Twitter are not required to

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000026

permit all drug or alcohol use the law may permit outside our doors. As such, we maintain a policy of no drug use and only responsible alcohol use on Twitter premises or while at Twitter events.

## Use, distribution, possession or impairment

Twitter strictly forbids the use, sale (or attempted sale), transport, distribution, manufacture, purchase (or attempted purchase), possession, cultivation, and/or transfer of illegal drugs or other unlawful intoxicants at work at any time, in any amount, and regardless of occasion. "Illegal drugs" means all drugs whose use or possession is regulated or prohibited by federal, state, or local law.

Further, you cannot use a prescription medication at work in a manner inconsistent with that prescription or for which you do not have a valid prescription. At no time should you be under the influence of, or impaired by, an illegal drug or unlawful intoxicant while on Twitter premises or while at company events.

If you have a question about how this policy is impacted by your prescription medication, you can contact accommodation@twitter.com.

## Use of alcohol

While alcohol is not banned at Twitter offices, employees are expected to use good judgment. Use of alcohol at work, or work-related events, that leads to impaired performance, inappropriate behavior, endangers the health or safety of others, or violates our policies or the law, is barred. These and other incidents of poor judgment in the use of alcohol will subject someone to discipline, possibly employment termination. No employee who is under the legal drinking age may consume alcohol while at work or during work-related events.

## Seeking help

See modifications for drug or alcohol rehabilitation policy for details on how Twitter may be able to help someone seeking treatment. An employee's decision to seek help voluntarily will not be used as a basis for disciplinary action, although the individual may be transferred, given work restrictions, or placed on leave, as appropriate. A request for assistance will be kept as confidential as possible. Our EAP program is another source of potential support for an employee seeking help in dealing with a substance abuse problem, or that of a family member. See go/EAP (http://go/EAP) for further details.

Note that a request for help is considered voluntary only if it is made before the employee is asked to submit to any drug or alcohol test or is discovered to have otherwise violated this policy. An employee seeking assistance is still expected to meet

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000027

Case 3:22-cv-07226-AMO    Document 118-20    Filed 08/13/25    Page 28 of 54

go/playbookUS - CONFIDENTIAL

the same standards of performance, productivity, and conduct to which we hold all of
our employees, including this policy. We reserve the right to discipline or terminate
employees who fail to meet those or any other work standards.

If Twitter management has reasonable suspicion that use of drugs or alcohol is
adversely affecting an employee's job performance or workplace safety, Twitter may
request a drug screening subject to applicable local law. A reasonable suspicion may be
based on objective symptoms such as the employee's appearance, behavior, or speech.

## Smoke-free environment

Twitter has a totally smoke-free working environment. Smoking and the use of all
tobacco-related products (e.g., cigarettes, cigars, vapor pens, chewing tobacco, and e-
cigarettes) is not allowed on or within any Twitter controlled-space (whether Twitter
owned or occupied), including gardens, roof decks, areas like the San Francisco roof
deck and similar areas in other offices. Please leave the building to use any of these
products, and do so a minimum of 15 feet away from building doors, windows, and
vents.

## Work-related injuries

If you sustain a work-related injury or illness, please report it immediately to your
manager and go/injury (http://go/injury). Keep in mind:

- Contact emergency services if you need care urgently; your well-being is most
  important

- All work-related injuries and illnesses must be reported immediately, or as soon as
  reasonably possible

    - HR: go/hrticket (http://go/hrticket)

    - CorpSec: CorpSec@twitter.com

- You may qualify for a leave of absence or accommodation, as well as benefits like
  short-term disability or workers' compensation. Reach out to Twitter's Benefits
  team using go/hrticket (http://go/hrticket) if you need help navigating that process.

## Driving on Twitter business

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000028

go/playbookUS - CONFIDENTIAL

Anyone driving on Twitter business is expected to comply with all local, state, and national laws. Employees who drive as part of their job duties (whether or not the vehicle is owned or leased by Twitter) must have and maintain a valid driver's license, wear seat belts, refrain from texting or other unsafe behaviors while driving, and travel at safe speeds. Unlawful, careless, negligent, or unsafe operation of equipment or vehicles can result in disciplinary action, up to and including termination of employment.

## Animals in the workplace

In order to protect the safety and health of everyone in Twitter's offices, no animals are permitted in Twitter's offices, with the exception of those described below:

"Service Animal," where recognized by law, is an animal (generally dogs) used to guide or provide assistance to persons with disabilities in the activities of independent living. The Americans with Disabilities Act (ADA) defines service animals as any animal individually trained to do work or perform tasks for the benefit of an individual with a disability. "Support Animal," where recognized by law, is an animal that provides emotional, cognitive, or other similar support to a person with a disability. "Working Animal" refers to an animal engaged in authorized service to the corporation (e.g., guard dogs, pest control animals, police dogs). Employees are not permitted to bring Working Animals into Twitter's offices unless required by their position and authorized in writing in advance.

Employees who believe that a Service Animal or Support Animal may be a reasonable accommodation for a disability or other qualifying medical condition must obtain authorization through the reasonable accommodation process prior to bringing the animal to the worksite. This process may be initiated by emailing accommodation@twitter.com.

In all cases, only vaccinated, trained, non-aggressive animals that display behavior appropriate to the work environment are allowed, and they must be under control at all times. Service and Support Animals must be leashed unless doing so would interfere with the animal's work or if the owner's disability prevents it. No squeaky toys are permitted.

It is the animal owner's responsibility to ensure that the animal relieves itself appropriately, and does not damage the facilities or property of Twitter or other employees. Owners should not call upon co-workers, janitorial, or REW staff to handle animal waste. Employees and visitors are reminded that bringing a pet to work and leaving them in a car is neither appropriate, nor safe and is prohibited by law in some jurisdictions.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000029

go/playbookUS - CONFIDENTIAL

All employees are reminded not to touch, feed, or pet a Service, Support or Working Animal when the animal is working, as it distracts the animal from the task at hand.

# Enforcement

Keeping our workplace safe and secure is a responsibility Twitter takes very seriously. The following enforcement mechanisms are in place to safeguard our property (physical and intellectual), to ensure we maintain an environment free of illicit drugs, weapons, and other improper materials, and to ensure our legitimate business interests are protected.

Our Corporate Security team is empowered to enforce this policy, and to investigate suspected violations. As such, all Twitter employees must heed any lawful instruction from members of Corporate and/or Information Security, and may be disciplined for failing to do so, up to and including termination of employment.

## Right to search

Twitter maintains the right to search all company property and premises on reasonable suspicion. Computers, desks, file cabinets, and other physical or electronic storage devices are provided for the convenience of employees but remain the sole property of Twitter. Our security team or an authorized employee may inspect this property, and any articles found within, at any time, with or without prior notice.

We similarly reserve the right to question and inspect or search any individual entering or leaving Twitter premises. The inspection or search may include any packages or items that the individual may be carrying, including briefcases, handbags, knapsacks, shopping bags, and the like.

## Cameras and video surveillance

For reasons stated under this policy, Twitter has installed video surveillance cameras in work areas, shared spaces, hallways, and stairwells. If we see a need to investigate a reported or suspected incident of theft, trespass, workplace violence, employee misconduct, or any type of safety violation, Twitter will use its surveillance equipment as an investigatory tool. Our surveillance equipment also serves to deter security incidents.

Twitter also reserves the right to actively monitor, through its surveillance cameras, any areas for safety reasons (to protect against equipment failure, breakage, or accident) or for confidentiality reasons (to protect documents or other proprietary information).

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000030

go/playbookUS - CONFIDENTIAL

Although the video surveillance described in this policy is intended to monitor for security incidents and other safety reasons, it is possible that such surveillance may monitor activities not related to Twitter business. Note that for privacy reasons, there are no video cameras installed in restrooms or changing areas (including shower rooms).

Any unauthorized use of Twitter video cameras and/or recorded surveillance is strictly forbidden and is grounds for immediate termination of employment.

## Employee visitors

All guests of Twitter and its individual employees must be registered in advance, and must be at all times escorted by an employee. Please see go/visitor (http://go/visitor) for information relevant to guest visits and registration.

You are responsible for the actions of your guests. If a visitor disrupts normal working conditions, or threatens workplace or employee security, you may also be held accountable. Please use good judgment when inviting people into the building, and be sure you know and have followed registration and behavioral protocols. Twitter security reserves the right to verify the contents of packages and briefcases brought onto our premises by visitors.

If you suspect or become aware of any concerning situation, please notify our Corporate Security (CorpSec@twitter.com) team immediately.

## Twitter guests and VITs

One of the great things about Twitter is the opportunity to hear from celebrities, thought leaders and other VITs. All VIT visits must be arranged and/or approved by our Communications team, as there are multiple logistical, business, brand, and security issues to consider. Employees cannot use their employee status to host a VIT they admire — you may request or recommend a speaker (before an invitation is extended) through go/VITvisitrequest (http://go/VITvisitrequest).

When celebrity or other guests are present, they have the right to be treated with respect and privacy, which includes refraining from taking, tweeting, or posting photographs or video if that is the visitor's preference. If the VIT or an authorized member of Twitter (from Comms, Legal, People, or Security) asks that we refrain from taking or posting photos or video, you are required to comply.

## Camera use and recording rules

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000031

go/playbookUS - CONFIDENTIAL

Recording a conversation with another employee without full and express consent of each person is unlawful in multiple jurisdictions in which Twitter operates. It is also corrosive to employee trust, inconsistent with respectful treatment, and exposes the company (and the employee doing the recording) to claims based on privacy.

For these reasons, no employee may record by any means a conversation with another employee unless all of the following criteria are met: 1) there is a legitimate Twitter purpose for the recording, 2) express consent is provided by all participants in the conversation, and 3) the recording device is in plain view, and is known to be recording. Secret recordings are strictly prohibited unless authorized in writing by legal counsel pursuant to applicable law. A violation of this provision may result in disciplinary action, including termination.

Likewise - despite their ubiquity - cameras and other visual recording devices must not be used in a way that could compromise Twitter Confidential Information, or invade others' privacy. Please be mindful of where you are, and what is in the background if you take photos at work.

# Time off & leave

We all need time away from work - to recharge and refocus, as well as to care for our health or others. Twitter offers many time off and leave programs to its employees, some of which reflect federal, state, and local laws and some of which have been voluntarily created by Twitter.

It is beyond the scope of this Playbook to detail every time off policy that might be available to you, but this section will outline the most significant time off policies. That includes holidays, vacation, sick leave, medical leave and parental leave, among others.

Pay, benefits, eligibility, and other requirements vary by circumstances. You should review the information provided here and contact your HRBP (http://go/HRBP) or Twitter's benefits team (http://go/benefits) if you have any questions.

# Holidays

Twitter observes a number of paid holidays each year, which vary by office. If a holiday falls on a weekend day, Twitter usually observes the holiday on the preceding Friday or the following Monday. Twitter's observed holidays will be announced in advance, and

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000032

go/playbookUS - CONFIDENTIAL

the current year's schedule can be found at go/holidays (http://go/holidays) for all offices.

To be eligible for holiday pay in the U.S., a non-exempt or part-time employee must be regularly scheduled to work on the day on which the holiday is observed, and must work the scheduled working day immediately before and after the holiday, unless an absence on either day is approved in advance.

Holiday pay for non-exempt employees in the U.S. is calculated based on the employee's regular pay rate (as of the date of the holiday) multiplied by the number of hours the employee otherwise would have worked on that day. This time must be entered accurately on weekly time entries. Holiday pay is not counted for the purpose of calculating overtime hours or premiums.

# Vacation

### Available vacation

**Exempt employees** in Twitter's U.S. offices do not accrue vacation. Rather, they may take vacation as desired, consistent with business needs. Employees are expected to use good judgment and should consult their managers when planning vacation. Managers may set restrictions on vacation - including whether and when it may be taken and how much may be taken at one time - based on business need.

**Non-exempt (overtime eligible) employees.** Non-exempt employees accrue vacation as described below.

- Full-time non-exempt employees accrue at a rate of 18 days per year (approximately 5.54 hours per bi-weekly pay period) not to exceed 144 hours in a calendar year.

- At year-end, any remaining hours will roll into the new calendar year.

- Once an employee reaches a maximum of 216 hours, the employee will stop accruing until vacation hours have been taken to reduce their balance.

- Part-time overtime-eligible employees accrue vacation on a pro-rata basis.

Vacation time is not counted for the purpose of calculating an employee's overtime hours of work or overtime premiums. Vacation time does not accrue during a leave of absence or other periods of inactive service.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000033

Vacation may not be taken before it is earned, except with your manager's approval and only up to 80 hours of non-accrued vacation will be paid. If you take any unearned vacation time, you may be required to sign an authorization form stating that: (1) if you leave Twitter before the vacation you have taken accrues, the excess will be deducted from your final pay, and (2) upon the termination of your employment, you will be required to re-execute such authorization or pay by check any amounts owing to Twitter.

Upon termination of employment, non-exempt employees will be paid for any accrued but unused vacation days through the last day of work, at the regular rate of pay at the time of separation.

### Process

Whether you are an exempt or non-exempt employee, you are expected to get your manager's approval before taking time off. Please request vacation as far in advance as practical; this will help ensure we can get work done and provide better odds of approving the time off.

Your manager will have final approval. In responding to requests for vacation, your manager will consider business needs including but not limited to load balancing for your team, upcoming project completion dates, whether or not there are projects or performance deadlines in play, and other considerations specific to your role at Twitter.

Non-exempt (overtime-eligible) employees must report vacation time on their weekly time records. Accrued vacation must be taken in minimum half-day increments.

### Vacation and leaves of absence

Vacation time is not designed to address absences or extended leaves due to sickness, medical, and/or family care reasons. Instead, our various leave programs address time off due to illness, injury, parenthood, family care, jury duty, military duty, and other reasons. If you think you will need to be out of the office for more than five consecutive days due to reasons unrelated to vacation, please refer to our leave of absence programs or talk with your HRBP (http://go/HRBP).

# Sick time

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER                                                                XCO/BOR 000034

go/playbookUS - CONFIDENTIAL

If you're sick, we want you to focus on getting healthy. That means staying home (and off your laptop) to rest and protect your co-workers from getting sick. Just remember to give your manager as much notice as possible to minimize disruption to your customers and teams.

Twitter provides eligible employees with paid sick time, according to applicable laws and local ordinances. That may include time to care for members of your household as well.

You can find more information about eligibility and how to record sick time here. (https://confluence.twitter.biz/pages/viewpage.action?
pageId=21869197https://confluence.twitter.biz/pages/viewpage.action?pageId=21869197)

# Family and medical leave

In the United States, a common type of leave is based in the federal Family and Medical Leave Act (FMLA). FMLA leaves are governed by a complex set of definitions, eligibility requirements, and procedural rules. For that reason, if you believe you may need an FMLA leave, review go/leavesofabsence (http://go/leavesofabsence) for more information or submit a ticket at go/HRticket (http://go/HRticket) to speak with someone about your individual circumstances.

This section summarizes the key principles for FMLA law and highlights to other information that may be relevant to you. You can find more detailed information, as well as all required notices, at go/leavesofabsence. (http://go/leavesofabsence)

## Reasons

FMLA may be available for the following circumstances:

**Bonding leave**     The birth, adoption, or foster care placement of a child within 12 months of the birth or placement

**Family care leave**  To care for an immediate family member with a serious health condition

**Serious health condition leave**  Your inability to work because of a serious health condition

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000035

go/playbookUS - CONFIDENTIAL

**Qualifying exigency leave**     The foreign deployment of your spouse, child, or parent for "covered active duty"

**Military caregiver leave**     To care for an immediate family member who is a "Covered Service Member"

## Eligibility

To be eligible for most FMLA leaves, you must:

- Have at least 12 months of service with Twitter;

- Have worked at least 1,250 hours during the 12 month period immediately before leave commences; and

- Have worked at a location where there are 50 or more employees within a 75-mile radius, as of the date leave is requested.

## Length of FMLA leave

Generally, eligible employees are entitled to a maximum FMLA leave as follows:

| | |
|---|---|
| **Bonding leave** | 12 weeks in a 12 month period |
| **Family care leave** | 12 weeks in a 12 month period |
| **Serious health condition leave** | 12 weeks in a 12 month period |
| **Military caregiver leave** | 26 weeks in a 12 month period |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000036

go/playbookUS - CONFIDENTIAL

If your spouse works for Twitter, you may be subject to additional limitations when seeking leave for the same circumstances

**Bonding leave**        12 weeks in a 12 month period between both spouses

**Family care leave**  12 weeks in a 12 month period between both spouses

**Military caregiver leave**   26 weeks in a 12 month period between both spouses

You may be entitled to leave beyond the FMLA leave entitlement when, for example:

- You have a work-related injury or illness.

- You have a pregnancy-related disability.

- You have a "disability" as defined under the Americans with Disabilities Act (ADA).

- You are protected by other law, including California's Fair Employment and Housing Act (FEHA) or any other applicable law.

If you believe you fit these circumstances, you can follow the instructions outlined on go/leavesofabsence (http://go/leavesofabsence).

Keep in mind - you may become ineligible for some FMLA leave if you wait too long to use the leave (e.g., bonding leave). Be sure to review go/leavesofabsence (http://go/leavesofabsence) and reach out to go/HRticket (http://go/HRticket,) with any questions.

**Intermittent or reduced schedule FMLA leave**

Intermittent or reduced schedule leave means taking leave in blocks of time or reducing your normal work schedule. If you wish to take an intermittent leave or reduce your schedule for FMLA-related reasons, you should review go/leavesofabsence (http://go/leavesofabsence) and submit a ticket at go/HRticket (http://go/HRticket) if you have any questions.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER                                    XCO/BOR 000037

go/playbookUS - CONFIDENTIAL

In some circumstances, we may temporarily transfer an employee on flexible FMLA leave to a position with equivalent pay and benefits, including a part-time position, to better accommodate recurring periods away.

### Notice and certification requirements

You must provide Twitter with **30 days' advance notice** for any leave that is foreseeable, and you should make every reasonable effort to schedule family or medical leave in a way that minimizes disruption. If your leave is not foreseeable, you still must provide notice as soon as is practical (e.g., the same or next business day when you become aware of the need for a leave).

You will also be asked to provide **documentation in support of your request** for FMLA leave. That documentation varies by the type of leave you request, but you are responsible for meeting all documentation requirements. Failure to provide adequate documentation may result in a delay or denial of the leave, or leave that is not protected.

In certain circumstances, or when your circumstances change during your leave of absence, Twitter might require a recertification or an additional medical opinion. You are expected to cooperate in obtaining additional documentation.

With all leaves, you must follow protocols, and inform Twitter if something changes affecting when or if you can return to work. If you fail to return to work when leave expires without getting an extension, we may presume that you don't plan to return to work and have voluntarily resigned.

### Compensation and benefits while on FMLA leave

The FMLA, and many related state and local laws, don't provide for paid leave. However, you may be eligible to receive benefits through state-sponsored programs and/or Twitter's sponsored wage-replacement benefit programs. Payments of wage-replacement benefits and accrued paid leave will be consolidated so that while taking leave, you won't receive more than your regular compensation. However, you should remember that the length of your leave is dictated by law; you cannot extend an FMLA leave by using other paid benefits.

During your FMLA leave, Twitter will continue making contributions to group health benefits on the same terms as if you had continued to actively work. However, how long Twitter contributes to your group health benefits depends on numerous factors. You should consult go/leavesofabsence (http://go/leavesofabsence) for more information. Other benefits (such as vacation and sick leave) do not accrue during your leave.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000038

go/playbookUS - CONFIDENTIAL

### Job reinstatement

On returning from an FMLA leave you will, in most circumstances, be reinstated to the same position held just before the leave, or to an equivalent position (in terms of pay, benefits, and other terms and conditions of employment). Twitter will also consider reasonable accommodations requested upon return from leave. However, as a returning employee you have no greater right to reinstatement than if you had been continuously employed rather than on leave. For example, if your position would have been eliminated even if you had not gone on leave, you will not be entitled to reinstatement.

Before returning to work after taking FMLA for a serious health condition, you must submit evidence from a healthcare provider certifying you are able to return to work. If you do not provide such a release prior to or upon reporting for work, Twitter has the right to postpone your return to work until a release is provided, and this time may be unpaid.

If you are on intermittent or reduced schedule FMLA leave, this may be required up to once every 30 days if there are reasonable safety concerns about your ability to perform your duties, based on the condition for which the leave was taken.

### Fraudulent use of leave prohibited

You must not give false or fraudulent reasons or documentation when seeking leave of any kind. Any employee committing fraud will be subject to disciplinary action, including employment termination, as well as loss of the protections afforded by the FMLA and other state and local law (as applicable).

# Pregnancy-related accommodation and leave

### Accommodation for pregnancy-related disabilities

If medically advised, a pregnant employee may be eligible for a temporary transfer or other accommodation. Transfer to a less-strenuous or hazardous role (or change of duties as appropriate) will be considered if:

- The employee requests a transfer or other accommodation;

- The request is based upon the certification of their health care provider as "medically advisable"; and

https://birdhouse.twitter.biz/en/global/playbook-twitter/us.html

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000039

go/playbookUS - CONFIDENTIAL

- The transfer or other requested accommodation can be reasonably accommodated.

Examples of reasonable accommodations may include: (1) modifying work schedules to provide earlier or later hours; (2) modifying work duties, practices or policies; (3) providing time off; (4) providing furniture (such as stools) or modifying equipment and devices; and (5) providing additional break time for restroom visits or lactation.

### Pregnancy disability leave

An employee in California disabled by pregnancy, childbirth, or a related medical condition may be eligible for up to four months of Pregnancy Disability Leave, which runs concurrently with FMLA leave (as applicable). If interested, you should visit go/leavesofabsence (http://go/leavesofabsence) and the California supplement (https://confluence.twitter.biz/display/HR/Leave+Supplement+for+California) for more information.

To the extent required by law, you may receive some extensions beyond your pregnancy disability leave when the leave is necessitated by your injury, illness, or "disability" as defined under the Americans with Disabilities Act and/or applicable state or local law.

### Notice and certification requirements

To be approved for a pregnancy-related accommodation or leave, you must provide advance notice and comply with applicable documentation requirements. Those requirements are similar to the notice and certification requirements for FMLA leave; you can review go/leavesofabsence (http://go/leavesofabsence) for more information.

### Compensation and benefits

Pregnancy-related accommodations and leaves that require you to work a reduced work schedule or to take time off from work intermittently may be unpaid. We can assist you in planning the use of time off for the duration of a leave. Here are some additional points to keep in mind:

- Non-exempt employees may use accrued vacation or sick leave benefits during the unpaid leave of absence. Exempt employees may use accrued sick leave during the unpaid leave of absence.

- Use of sick, vacation, or other benefits will not extend the available length of a leave of absence.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000040

- Sick, vacation, and other hours will not accrue during any portion of the leave of absence, and employees will not receive pay for official holidays that are observed during their leave of absence except during those periods when they are substituting vacation or sick leave for unpaid leave.

In addition, our GPP may provide supplemental, or top-up, pay during leaves, starting from your child's date of birth. You should review the GPP section of this Playbook and go/leavesofabsence (http://go/leavesofabsence) for more information.

**Nursing mothers**

Twitter supports nursing mothers who need to pump breast milk during the workday. You may take reasonable breaks as needed for this purpose. For the smooth running of business, please take your lactation break(s) during regular meal or rest breaks when practical. If you are not able to, or you need additional time, you will be accommodated. Please work with your manager or HRBP (http://go/HRBP) regarding scheduling if you have any special requests or needs.

Twitter will also provide you with the use of a private room or area that is shielded from view and free from intrusion for your lactation break(s). Please visit go/mothersroom (http://go/mothersroom) for more information.

# Global Parenting Program

Twitter recognizes that in many places around the world, the law does not provide paid time off for parents welcoming a child into their families, and often time off is only awarded to birthing mothers. The Global Parenting Program (GPP) supports employees who are starting or growing their families by providing up to 20 weeks of paid time out of the office.

GPP is not an entitlement program itself, but supplements and runs concurrently with statutory leave and/or statutory leave pay for up to 20 weeks, to support all parents, regardless of gender or gender identity, during this special time.

GPP applies to birthing parents (on leave for conditions associated with pregnancy and childbirth, i.e. maternity leave) and non-birthing parents (to support bonding leave, i.e. adoptive leave and parental leave) and encompasses family changes due to birth, surrogacy, and adoption. Through this program, Twitter celebrates and supports parenthood in the variety of forms it takes, without bias to sex or gender.

**Eligibility**

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000041

GPP is available to all full time employees who have been employed by Twitter for at least 26 weeks prior to the birth or placement of their child. (This 26-week service requirement applies only to employees who begin employment on or after April 1, 2019). In order to maintain GPP eligibility, an employee must apply for and comply with all the terms of the local leave policies governing time off (e.g., medical certifications, notice requirements, etc.).

### Leave requests + notification

Employees are expected to give notice well in advance of their leave. We strongly encourage you provide your manager as much notice as possible; having a quarter to plan is very helpful for employees and their teams to prepare for a successful transition. Please consult local leave policies for the minimum notice expectations and certification requirements.

### Length and timing of leave

Because GPP runs concurrently with other parental leave types (e.g., pregnancy disability, maternity, paternity, adoptive, etc.), GPP generally starts when the underlying leave starts, consistent with local laws or policies.

Eligible employees may take up to 20 weeks of leave under GPP, all at once or in increments, as described below. **GPP must be completed within one year of the date of birth or adoption placement.**

- **Initial 8 week segment.** The 8 week segment must be the initial segment of GPP, and if not taken before the 26th week, the balance will be forfeited. In other words, if employees do not use a full 8 consecutive weeks as the first segment of leave and complete it prior to the 26th week of birth or placement, employees will forfeit the amount of time that is the difference between the weeks used and the 8 weeks required. This requirement may be adjusted in situations where medical circumstances dictate otherwise.

- **Remaining 12 week segment.** The remaining 12 weeks of GPP must be used by the end of the first year following birth or placement, or any balance will be forfeited. This time must be taken in no shorter than 2 week increments.

### Pay, benefits, and equity during leave

Employees eligible for GPP receive the following forms of pay, benefits, and equity.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER    XCO/BOR 000042

- **Base pay.** Employees will receive their regular base salary for the duration of GPP up to 20 weeks. If under local laws or regulations, employees are entitled to less than full regular base pay, Twitter will provide a top-up to a maximum of 100% of base pay for up to 20 weeks of GPP.

- **Statutory pay benefits.** To be eligible for GPP, employees must apply for any statutory pay benefits to which they may be entitled under applicable law in the country in which they reside. Twitter will supplement statutory pay up to a maximum of 100% of base pay for up to 20 weeks of GPP.

- **Sales incentives.** Employees eligible for sales incentives will be provided specific details and documentation as outlined in the sales incentive plan.

- **Performance bonus.** Employees eligible for a performance bonus will be provided specific details and documentation as outlined in the performance bonus plan.

- **Equity - RSUs and ESPP.** Equity vesting and ESPP participation will continue for up to 20 weeks during the duration of GPP. More information on RSU vesting and ESPP contributions is on go/equity (http://go/equity).

- **Benefits.** Health and welfare benefits will remain in place for the duration of GPP, with continued contribution from employees where applicable. Eligibility for mobile phone, meal reimbursements/allowances and any transportation-related/commuter reimbursements or allowances is suspended during all periods of GPP.

- **Accrual of vacation.** During GPP, accrual of vacation and/or annual leave will discontinue, unless required under applicable local law.

**Returning from leave**

You should discuss return plans with your manager and/or HRBP (http://go/HRBP) early as well. Open and constructive communication amongst the team is key for successful transition and return plans. Please see local policies for information on rights, responsibilities, and what to expect upon return.

# Bereavement leave

If you suffer a loss in your family, we want you to focus on caring for yourself and those closest to you. Bereavement leave refers to the time you may take away from work to make necessary arrangements, attend funeral or memorial services, or spend time with

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000043

go/playbookUS • CONFIDENTIAL

loved ones following a loss.

Although bereavement leave is not mandated in the U.S., Twitter provides all U.S.-based employees with up to 5 days of paid bereavement leave following the loss of a spouse, domestic partner, children, sibling, parent, grandparent, grandchildren, or similar relation through marriage or domestic partnership.

Please give your manager as much notice as possible regarding your need for bereavement leave to minimize disruption. If you need additional time off following a loss, please discuss in advance with your HRBP (http://go/HRBP).

If you have suffered a loss, please consider seeking support through our Employee Assistance Program (http://go/EAP).

# Other leaves

At Twitter, we believe fulfilling social and civic responsibilities is good for us all. Across Twitter's U.S. offices, employees are provided with paid time off for significant social and civic responsibilities. This includes:

### Time off to vote

If you do not have enough time outside of working hours to vote in a statewide or national election, Twitter will allow you the time necessary to do so. You will be compensated for the work time necessarily missed in order to vote, generally up to a limit of two hours' pay. Whenever practical, please take that time at the beginning or end of your working day, to avoid disruption to your co-workers. For the same reason, give your manager as much notice as you can.

### Jury and witness duty

Twitter will excuse you if called to jury duty service, and will provide compensation for each day of work missed while serving for up to twenty (20) days per calendar year. Jury duty includes service on grand or other juries. It generally does not include participation in any legal proceeding as a witness, defendant, or plaintiff. An employee required by legal process to appear as a witness may take time off, but generally without pay. However, you are entitled to paid leave if you are the victim of a crime and required to appear as a witness.

Notify your manager immediately if you receive a notice for jury duty or are served with legal process to appear as a witness. While serving on a jury, you must keep in touch

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000044

with your supervisor, so that arrangements can be made to cover your duties. If you are on "standby," you are expected to work until being called to the court.

If you are dismissed from jury or witness duty on any workday before the end of your regular work schedule, and there are at least two hours left of the normal workday (not including travel), you are expected to return to work. If you have a schedule that is outside ordinary business hours check with your HRBP (http://go/HRBP) to discuss your obligations.

Obtain a certificate of jury service from the court when your service is complete, and turn it in to your supervisor upon your return. If you are called to serve as a witness, you must obtain a certificate that you served as a witness and turn that certificate into your supervisor upon your return to work.

If your jury or witness duty extends beyond the 20 days described above, you may but are not required to use accrued and unused vacation time for the additional time spent serving as a juror or a witness. Being called as a juror or witness will not be counted against your opportunity to take vacation at other times under usual practices.

### Other available leaves

Depending on where you work, and other circumstances, you may be entitled to time off for activities including:

- Organ, blood, or bone marrow donation

- School or daycare activities

- Other paid family leave

- Civil air patrol service

- Emergency responder service

# Personal leave

Twitter recognizes that there may be times when, due to compelling personal circumstances, you may need time off that is not covered by our regular leave policies. In such circumstances, Twitter may consider granting a personal leave of absence, generally without pay or benefits for up to a maximum of 90 days.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000045

All regular employees directly employed by Twitter for a minimum of one year are eligible to apply for a personal leave of absence. Approval or denial of personal leave requests will be entirely at Twitter's discretion. Factors such as business needs, the purpose for the request, work history, availability of coverage, previous absences, and length of service may be taken into consideration when determining whether or not to grant the request. If you wish to request a leave, please submit a written request to your HRBP (http://go/HRBP). All leaves granted will be subject to a letter of understanding, which will also confirm changes (if any) to your equity vesting during the period of your personal leave of absence. Please note that individual managers do not have authorization to unilaterally approve requests.

Where personal leave is granted, we will endeavor to return you to the same position at the end of the leave, but job protection is not guaranteed. Given changing business needs, reinstatement is at the discretion of the company, and no guarantee can be made.

Employees on leave are asked to confirm their return date at least two weeks before they return to work. Any requests for additional leave must be made as soon as possible. Employees on leave who do not return as scheduled, and fail to request an extension or cannot show good reason why an extension should be granted, will be considered to have voluntarily resigned from their employment as of the day the original leave expired.

# Supplementary pay during leaves

Depending on the type of leave, you may be eligible for supplementary pay beyond what the law provides. One example is the top-up pay provided under GPP.

To receive such supplemental pay during a leave, you must follow the procedures described in this Playbook, as communicated on go/leavesofabsence (http://go/leavesofabsence), or as may be reasonably requested by Twitter's benefits team. You must also, when eligible, apply for any disability benefits as available either by Twitter, or in the state in which you work. If approved for disability benefits, Twitter will pay the differential between disability payments and your regular base pay.

# Military leave

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000046

go/playbookUS - CONFIDENTIAL

Twitter is committed to supporting those employees who are members of the military service, or who have family members in the military. Protections and rights associated with military service come from numerous federal and state laws, with various rights and requirements. This section provides an overview of those protections; you should review Twitter's military leave resources (https://confluence.twitter.biz/display/HR/Leave+-+Military) and contact your HRBP (http://go/HRBP) for additional information.

### Leave in connection with your service

The federal Uniformed Services Employment and Reemployment Rights Act (USERRA) provides unpaid military leaves for members of the uniformed services, which includes members of all branches of the U.S. military, as well as some groups designated to respond in the event of a public health or national disaster. Service consists of any of the following (whether voluntary or involuntary): active duty, active duty for training, initial active duty, inactive duty training, full-time National Guard duty and absence from work for an examination to determine fitness for such duty.

If you are set to begin service as it is defined here, you must provide notice of your leave to your manager, preferably in writing.

Provided that you have given adequate notice and serve honorably, you will have a right to continue participation in Twitter's health plan and be reinstated to work at the conclusion of your service. You may also have additional rights to leave based on state law in your work location.

### Leave in connection with the service of a family member

Twitter, through the FMLA, provides protections for a leave of absence if your spouse, child, or parent is called to active duty outside the United States. This is called a "Qualifying Exigency Leave" and includes specific provisions for notice, protected time away from work, and reinstatement. Qualifying exigency leaves, under the FMLA, are unpaid.

### Leave to care for a military service member

Twitter, through the FMLA, provides protections for a leave of absence if your spouse, child, parent or next of kin is a covered veteran with a serious injury or illness. This is called a "Military Caregiver Leave" and includes specific provisions for notice, protected time away from work, and reinstatement. Military caregiver leaves, under the FMLA, are unpaid.

### Pay, benefits, and equity during military leave

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000047

go/playbookUS - CONFIDENTIAL

Employees who qualify for military leave will receive the following forms of pay, benefits, and equity.

- **Base pay.**

    - Employees who are called to active duty deployment will receive their regular base salary (or a top-up of statutory pay benefits to 100% of base salary) for the duration of the deployment up to 26 weeks.

    - Employees who are called for reservist training will receive their regular base salary (or a top-up of statutory pay benefits to 100% of base salary) for the duration of the training, up to 20 days per year.

- **Sales incentives.** Employees eligible for sales incentives will be provided specific details and documentation as outlined in the sales incentive plan.

- **Performance bonus.** Employees eligible for a performance bonus will be provided specific details and documentation as outlined in the Performance Bonus Plan.

- **Equity - RSUs and ESPP.** Equity vesting and ESPP participation for employees who are called to active duty deployment will continue during the duration of the deployment up to 26 weeks. Equity vesting and ESPP participation for employees who are called for reservist training will continue for the duration of the training, up to 20 days per year. More information on RSU vesting and ESPP contributions is on go/equity (http://go/equity).

- **Benefits.** Health and welfare benefits will remain in place for the duration of the military leave, with continued contribution from employees where applicable. Eligibility for mobile phone, meal reimbursements/allowances and any transportation-related/commuter reimbursements or allowances is suspended during all periods of military leave.

- **Accrual of vacation.** During any military leave, accrual of vacation and/or annual leave will discontinue, unless required under applicable local law.

# Total rewards

Twitter offers numerous benefits programs to employees, which vary by individual circumstances. This section provides an overview of the most significant benefit programs, but is not a comprehensive review of all benefits offered.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER    XCO/BOR 000048

These benefits are governed by legal documents such as insurance contracts and summary plan descriptions. If a question arises about the nature and extent of plan benefits, or if there is a conflict in language or interpretation, the formal language of the governing plan documents govern. Plan documents, where applicable, are available for your inspection. Twitter and its designated benefit-plan administrators reserve the right to determine eligibility, interpretation, and administration of issues related to all Twitter-offered benefits.

As you read this overview, you should keep in mind:

- Full-time employees (those who work a regular ongoing schedule of at least 30 hours per week) are eligible to receive all benefits offered by Twitter.

- Part-time employees are eligible to receive statutory benefits and to participate in the Twitter's 401(k) and commuter benefit programs, but are generally ineligible for other Twitter-sponsored benefits.

- To receive certain benefits, eligible employees may be required to meet participation requirements and pay required premiums and other contributions.

Visit go/benefits (http://go/benefits) for more detailed information, or submit a ticket at go/HRticket (http://go/HRticket) if you have questions.

# Health insurance

Twitter supports your #health by offering cost-effective medical, dental, and vision insurance to eligible employees, your spouses, and qualified dependents. All of our benefits programs recognize same-sex spouses and/or domestic partners, as the law (and our values) dictate.

New employees have up to 30 days from their start date to select health plans. Once the selection is made, it will remain fixed for the remainder of the plan year; however, you will have an opportunity to make changes to your benefit selections during Twitter's annual open enrollment period (typically in November).

If you experience a qualifying life event such as marriage, divorce, or the birth of a child, you will have up to 30 days to make a change in your benefit selection relating to that event, consistent with the terms of the plan document.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000049

For detailed information about coverage and contribution amounts, visit go/benefits (http://go/benefits).

# Employee Assistance Program (EAP)

Twitter provides an employee assistance program (EAP) at no cost to you. You and members of your household are eligible to access this program. This program includes counseling on topics like:

- Marriage, relationship, and family problems
- Legal and financial issues
- Stress and anxiety
- Alcohol and drug dependency
- Identity theft
- Health and wellness concerns
- Grief and loss
- Problems at work

This counseling program is a confidential, safe, and easy-to-use resource. EAP counselors will help you clarify your concerns, assess your situation, and identify options to help you resolve problems.

- Available 24/7/365
- Up to 5 consultations with a professional counselor, per individual, per year
- Provides information, resources, and counseling on any work, life, personal, or family issues
- No cost to you to use the service

For more information, visit go/EAP (http://go/EAP).

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000050

go/playbookUS - CONFIDENTIAL

# Retirement

The Twitter 401(k) Savings Plan provides U.S.-based employees the opportunity to build savings to meet long-term savings goals (including retirement) by making pre-tax or post-tax contributions through automatic payroll deductions.

The following is a short summary of Twitter's 401(k) plan. You can find more resources at go/benefits (http://go/benefits), including the plan documents containing full terms and conditions.

- If you are 21 years of age or older, you are eligible to participate in the 401(k) plan.

- You are eligible to participate in the 401(k) program immediately after your start date, although you should allow some time for your contributions and selections to be processed.

- Our 401(k) plan is currently administered by Vanguard (https://retirementplans.vanguard.com/VGApp/pe/PublicHome#/) (our plan number is 097468); no changes to your contributions or investments are handled directly by the Human Resources team.

- You may contribute between 1% and 80% of your eligible compensation up to the IRS annual limit.

    - If you are age 50 or older, you may make additional "catch-up" contributions up to the applicable IRS limit.

- Twitter may provide a discretionary match of your retirement contributions. See go/benefits (http://go/benefits) for details.

# Equity program

As part of Twitter's Total Rewards programs, some employees receive Twitter restricted stock units (RSUs) as one component of their compensation. These RSU represent an equity award where Twitter agrees to issue shares to you in the future if certain vesting conditions are met.

The following is a short summary of the equity program for U.S.-based employees. You can find more resources at go/equity (http://go/equity), including the plan documents containing full terms and conditions.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER                                          XCO/BOR 000051

go/playbookUS - CONFIDENTIAL

- If you have been granted an equity award, you will receive an RSU agreement through our chosen vendor (Schwab) online.

- In most cases, 25% of your equity award vests on the 1-year anniversary of your employment (on the 1st day of the month following your hire date).

    - The balance of the shares then vest quarterly over the next 3 years.

    - You must be employed by Twitter at the time of each vesting date for the shares to vest.

- Equity awards, and the RSUs that vest, may carry tax implications, which may depend on where you live.

- You are restricted from trading on any RSUs under Twitter's Insider Trading Policy (https://twitter.force.com/tweepsupport/s/article/Insider-Trading-Policy).

Twitter's Employee Stock Purchase Program (ESPP) is a voluntary program that allows employees to purchase Twitter stock at a discount with after-tax payroll contributions.

Employees in many of Twitter's global offices are eligible to participate in ESPP; however, because of local laws and regulations, ESPP is not available for employees working in certain countries. Find more information about ESPP, including plan documents, at go/equity (http://go/equity).

# Performance Bonus Program (PBP)

Twitter's Performance Bonus Plan (PBP) is an annual discretionary cash bonus plan designed to recognize and reward employees based on company and individual performance. The PBP is one component of total compensation for eligible employees. The PBP is subject to all terms and conditions set forth in the applicable plan document (found at go/pbp) (http://go/pbp) - a short summary follows:

- Eligibility depends on your role as well as your start date and any applicable probationary period.

- If your role is eligible to earn sales incentive compensation, you are not eligible to receive the PBP.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000052

go/playbookUS - CONFIDENTIAL

- If you are eligible, or become eligible, you will receive a letter stating your individual target bonus, which will be reflected as a percentage of your annual base salary. You must sign this letter to be eligible.

- To receive a payment, you must be employed by Twitter at the time of designated payout date and be in good standing.

- The PBP bonus pool is funded subject to attainment of certain defined company-wide financial measures.

- Managers have discretion to adjust your PBP payout up or down from the funded target bonus percentage, depending on your individual performance.

- Bonus payments (as appropriate) are paid in the first quarter following the plan year.

Twitter has full discretion to interpret, amend, withdraw, or modify the Performance Bonus Plan at its sole discretion, including the modification of individual payouts. Participation does not create any contractual or other right to receive any other benefits, nor does participation constitute a condition or right of future employment.

# Sales Incentive Plan (SIP)

Twitter's Sales Incentive Plan (SIP) is designed to recognize and reward employees who contribute to Twitter's revenue. The SIP is one component of total compensation for eligible employees. Incentive compensation is subject to the terms and conditions of the incentive compensation plan (found at go/salescomp (http://go/salescomp)) - a short summary is below.

- Eligibility depends on your role and any applicable probationary period.

- Twitter maintains different sales incentive plans, which differ based on your individual circumstances.

- If your role is eligible to receive sales incentive compensation, you are not eligible to receive compensation under Twitter's performance bonus plan.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000053

- If you are eligible, or become eligible, you will receive an incentive compensation plan document stating your sales target and other important terms.

    - You must sign your incentive compensation plan document on a timely basis or any applicable payout may be delayed.

- Sales incentives are paid on a quarterly basis, generally 2 weeks following the close of each quarter.

    - If you terminate employment before the end of the quarterly period, your payout will be pro-rated based on the number of days worked per quarter.

Twitter has full discretion to interpret, amend, withdraw, or modify the Sales Incentive Plan at its sole discretion, including the modification of individual payouts. Participation does not create any contractual or other right to receive any other benefits, nor does participation constitute a condition or right of future employment.

# Employee Referral Program (ERP)

Referrals are a valuable source of new talent for Twitter. Under our Employee Referral Program, you can receive a referral bonus (less applicable taxes) if your referral is hired by Twitter.

Details and eligibility rules can be found on Birdhouse (https://birdhouse.twitter.biz/en/global/working/grow-the-flock/refer-a-candidate.html). As you submit your referrals, we ask that you support our Inclusion, Culture, and Diversity values. And remember that you cannot receive credit for the referral unless you follow the proper process for submission.

© 2019 Twitter, Inc.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

XCO/BOR 000054