MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
X CORP. f/k/a TWITTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DMITRY BORODAENKO,<br><br>        Plaintiff,<br><br>    vs.<br><br>TWITTER, INC. and X CORP.,<br><br>        Defendants. | Case No. 3:22-cv-7226-AMO<br><br>**DEFENDANT X CORP.'S PROPOSED EXPERT DISCOVERY DEADLINES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT X CORP.'S PROPOSED
EXPERT DISCOVERY DEADLINES
Case No. 3:22-cv-7226-AMO

1  Pursuant to the Court's February 27, 2025, Minute Order (ECF No. 97), Defendant X Corp.,
2  formerly known as Twitter, Inc., proposes the following deadlines for expert-related discovery:
3      Initial expert disclosure deadline:    December 11, 2025
4      Rebuttal expert disclosure deadline:    January 15, 2026
5      Close of expert discovery:    January 29, 2026

Dated: August 13, 2025    MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Eric Meckley*
    Eric Meckley
    Brian D. Berry
    Ashlee N. Cherry

Attorneys for Defendant
X CORP. f/k/a TWITTER, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-1-

DEFENDANT X CORP.'S PROPOSED
EXPERT DISCOVERY DEADLINES
Case No. 3:22-cv-7226-AMO