| | |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719)<br>(sliss@llrlaw.com)<br>THOMAS FOWLER (*pro hac vice*)<br>(tfowler@llrlaw.com)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone:   (617) 994-5800<br>Facsimile:     (617) 994-5801<br><br>Attorneys for Plaintiff<br>DMITRY BORODAENKO | MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com<br>Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel:   +1.415.442.1000<br>Fax:   +1.415.442.1001<br><br>Attorneys for Defendant<br>X CORP. AS SUCCESSOR IN<br>INTEREST TO TWITTER, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DMITRY BORODAENKO, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>TWITTER, INC. and X CORP.,<br><br>                    Defendants. | Case No. 3:22-cv-07226-AMO<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY** |

Plaintiff Dmitry Borodaenko ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiff and Defendant collectively as the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle of this matter and are in the process of memorializing the settlement terms in a written agreement. Accordingly, the Parties jointly move to stay this matter, including all deadlines and pending motions. In support of their motion, the Parties state:

1. On August 21, 2025, the Parties reached a settlement in principle regarding Plaintiff's claims in this action.

2. The Parties are in the process of drafting a written agreement addressing the specific settlement terms but expect it may take a few weeks to finalize and execute. The Parties anticipate filing a stipulated dismissal under Rule 41 within the next 30 days.

WHEREFORE, the Parties respectfully request that the Court stay the case, including all deadlines and pending motions, while they finalize the written settlement agreement    .

        Respectfully submitted,
        DMITRY BORODAENKO

        /s/ *Shannon Liss-Riordan*
        Shannon Liss-Riordan, SBN 310719
        Thomas Fowler (*pro hac vice*)
        LICHTEN & LISS-RIORDAN, P.C.
        729 Boylston Street, Suite 2000
        Boston, MA 02116
        (617) 994-5800
        email:  sliss@llrlaw.com; tfowler@llrlaw.com

|   |   |
|---|---|
| | Respectfully submitted, |
| | X CORP. as successor in interest to TWITTER, INC. |
| | */s/ Eric Meckley* |
| | Eric Meckley, SBN 168181 |
| | Brian D. Berry, SBN 229893 |
| | MORGAN, LEWIS, & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| | San Francisco, CA 94105 |
| | (415) 442-1000 |
| | email: eric.meckley@morganlewis.com; |
| | email: brian.berry@morganlewis.com; |

Dated:        August 26, 2025

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants via the CM/ECF system on August 26, 2025.

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan

4

NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY

## [PROPOSED] ORDER

This matter coming before the Court on the Parties' Notice of Settlement and Joint Motion to Stay, the Court hereby orders as follows:

    1. This matter, including all outstanding deadlines and pending motions, is stayed.

IT IS SO ORDERED.

Dated: _____            _____
                                                                            Honorable Araceli Martinez-Olguin
                                                                            District Court Judge