LICHTEN & LISS-RIORDAN, P.C.
Shannon Liss-Riordan, Bar No. 310719
sliss@llrlaw.com
Thomas Fowler (admitted *pro hac vice*)
tfowler@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: +1.617.994.5800
Fax: +1.617.994.5801

Attorneys for Plaintiff
DMITRY BORODAENKO

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Roshni C. Kapoor, Bar No. 310612
roshni.kapoor@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001

Attorneys for Defendant
X CORP. f/k/a TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DMITRY BORODAENKO,

Plaintiff,

v.

TWITTER, INC., and X CORP.,

Defendant.

Case No. 3:22-cv-07226-AMO

**JOINT STIPULATION RE: NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY; ~~[PROPOSED]~~ ORDER AS AMENDED**

Plaintiff Dmitry Borodaenko ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiff and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle of this matter and are in the process of memorializing the settlement terms in a written agreement. Accordingly, the Parties jointly move to stay this matter, including all deadlines and pending motions. In support of their motion, the Parties state:

1. On August 21, 2025, the Parties reached a settlement in principle regarding Plaintiffs' claims in this action.

2. On August 26, 2025, the Parties notified the Court that the Parties reached settlement in principle of this matter, noting that they expected to file a stipulated dismissal under Rule 41 within the next 30 days.

3. On August 27, 2025, the Court granted Parties' request to stay the case, including all deadlines and pending motions, until October 10, 2025, while they finalized and executed the written settlement agreement. The Court also set a case management conference for October 9, 2025.

4. The Parties have since made substantial progress and are working diligently and in good faith to negotiate several terms and finalize the written settlement agreement and need additional time to do so.

5. The Parties request the Court continue to stay the case, including all deadlines, pending motions, and the October 9, 2025, Case Management Conference, for an additional 60 days while they finalize the written settlement agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the Parties respectfully request that the Court continue to stay the case an additional 60 days, including all deadlines, pending motions, and the October 9, 2025, Case Management Conference, while they finalize the written settlement agreement.

Respectfully submitted,
DMITRY BORODAENKO

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
Thomas Fowler (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
email: sliss@llrlaw.com
email: tfowler@llrlaw.com

Respectfully submitted,
X CORP. as successor in interest to TWITTER, INC.

*/s/ Eric Meckley*
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
MORGAN, LEWIS, & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
email: eric.meckley@morganlewis.com
email: brian.berry@morganlewis.com

Dated:   October 1, 2025

**~~[PROPOSED]~~ ORDER AS AMENDED**

This matter coming before the Court on the Parties' Joint Stipulation on the Notice of Settlement and Joint Motion to Stay, the Court hereby orders as follows:

1. This matter, including all outstanding deadlines and pending motions, is stayed an additional 60 days.
2. The October 9, 2025, Case Management Conference is continued to November 6, 2025, with a joint case management statement due by October 30, 2025 no later than 12:00 PM PST.

IT IS SO ORDERED.

Dated: October 2, 2025

HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE